IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
a Delaware corporation,

                                CIV. NO. S-00-113 LKK/JFM

        Plaintiff,

   v.

VALLEY INDUSTRIAL SERVICE, INC.,        O R D E R
a former California corporation,
et al.,

        Defendants.
_____/

    Pursuant to court order, a Status Conference was held on December 12, 2005. At that hearing, the court granted the parties' requests to propound 35 additional interrogatories and conduct 20 additional depositions. The court also granted the parties' request to move forward the trial dates. All dates heretofore set are VACATED and the following dates are SET:

    1. Exchange and filing of expert reports: March 15, 2006;

1

1      2.   Discovery motion cut off:  May 15, 2006;

2      3.   Law and Motion cut off:  August 15, 2006;

3      4.   Pretrial Conference:  November 13, 2006 at 1:30 p.m.

4      6.   Trial:  February 27, 2007 at 10:30 a.m.

5      The trial will be by jury and the parties estimate in good
6 faith that the trial will last approximately twenty (20) days.

7      IT IS SO ORDERED.

8      DATED:  December 13, 2005.

10                              /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
11                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2