Charles S. Bargiel Bar No. 063312
Mullen & Henzell L.L.P.
112 East Victoria Street
Post Office Drawer 789
Santa Barbara, CA 93102-0789
Telephone: (805) 966-1501
Facsimile: (805) 966-9204

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, INC., a Delaware corporation, Plaintiff(s) v. VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al., Defendant(s) | CASE NUMBER CIV S-00-113-LKK/JFM ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____Mission Linen Supply_____ ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

to substitute _____Charles S. Bargiel of Mullen & Henzell, LLP_____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____112 East Victoria Street, Santa Barbara, California 93101_____
*Street Address*

___Santa Barbara, California 93101___         ___cbargiel@mullenlaw.com___
*City, State, Zip*                                            *E-Mail Address*

__(805) 966-1501__         __(805) 966-9204__         __063312__
*Telephone Number*         *Fax Number*               *State Bar Number*

as attorney of record in place and stead of Christopher P. Bisgaard of Lewis Brisbois Bisgaard & Smith
                                              *Present Attorney*

**is hereby**     X  GRANTED     ☐ **DENIED**

Dated: January 30, 2006         /s/Lawrence K. Karlton
                                U.S. District Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.