Charles S. Bargiel, Bar No. 063302
Mullen & Henzell L.L.P.
112 East Victoria Street
Post Office Drawer 789
Santa Barbara, CA  93102-0789
Telephone:  (805) 966-1501
Facsimile:  (805) 966-9204

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, INC., a Delaware corporation,<br><br>      Plaintiff(s)<br>v.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al.,<br><br>      Defendant(s) | CASE NUMBER<br><br>CIV S-00-113-LKK/JFM<br><br>(CORRECTED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

_____Mission Linen Supply_____   ☐ Plaintiff   ☒ Defendant   ☐ Other _____
*Name of Party*

to substitute _____Christopher P. Bisgaard of Lewis Brisbois Bisgaard & Smith_____ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

_____221 North Figueroa Street, Suite 1200_____
*Street Address*

___Los Angeles, CA  90012-2601___   ___bisgaard@lbbslaw.com___
*City, State, Zip*   *E-Mail Address*

__(213) 680-5001__   __(213) 250-7900__   __53164__
*Telephone Number*   *Fax Number*   *State Bar Number*

as attorney of record in place and stead of Charles S. Bargiel of Mullen & Henzell L.L.P.
*Present Attorney*

**is hereby**  XX  GRANTED  ☐ **DENIED**

 Dated: February 8, 2006    /s/Lawrence K. Karlton
                U.S. District Judge

**Case No. CIV S-00-113-LKK JFM**