1  LEE N. SMITH (#138071)
   SCOTT J. KAPLAN (#143478)
2  STOEL RIVES LLP
   770 L Street, Suite 800
3  Sacramento, CA  95814
   Telephone:  (916) 447-0700
4  Facsimile:  (916) 447-4781

5  Attorneys for Plaintiff
   AMERIPRIDE SERVICES, INC.

6

7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10 | AMERIPRIDE SERVICES, INC.,          | Case No. CIV. S-00-113-LKK JFM
   |                                      | (Consolidated)
11 |              Plaintiff,              |
   |                                      |
12 |        v.                            | **STIPULATION TO EXTEND TIME
   |                                      | FOR DISCLOSURE OF EXPERT
13 | VALLEY INDUSTRIAL SERVICES, INC., a  | WITNESSES AND EXCHANGE OF
   | former California corporation, et al.,| EXPERT WITNESS REPORTS**
14 |                                      |
   |              Defendants.             |
15 |                                      |
16 | HUHTAMAKI FOODSERVICE, INC.,         |
   |                                      |
17 |              Plaintiff,              |
   |                                      |
18 |        v.                            |
   |                                      |
19 | AMERIPRIDE SERVICES, INC.,           |
   |                                      |
20 |              Defendant.              |
21

22        The above referenced matter which has been consolidated has a current trial date of

23 February 27, 2007, and March 15, 2006 is the date for exchange of expert witnesses and reports.

24 The parties hereto, by and through their undersigned counsel, hereby jointly move the Court to

25 extend the date for exchange of expert disclosures for 24 days, until April 7, 2006 in order to

26 schedule the discovery necessary for the preparation of these reports.

27        Plaintiff Huhtamaki has recently indicated that  its environmental consultant will be out of

28 the country and not available for depositions until March 1, 2006, and defendant's Rule

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND DATE TO
EXCHANGE EXPERT WITNESSES AND          -1-          CIV. S-00-113-LKK JFM (CONSOLIDATED)
EXPERT WITNESS REPORTS
Portlnd3-1542064.1 0092460-00012

1   34(a)(2)AmeriPride inspection of the Huhtamaki facility will not take place until mid-March

2   2006.  Further, there are additional depositions that will be scheduled during the March 15 to

3   April 15, 2006 time period that could produce additional data necessary or useful  for the expert

4   witnesses of all parties.   Finally, there is a mediation scheduled between AmeriPride and

5   Chromalloy which would be more productive if scheduled prior to expert expenditures.

6          Based upon the above, the parties stipulate that the time to disclose experts and exchange

7   expert witness reports be extended to April 7, 2006.  The trial date and other dates and deadlines

8   in this action will remain unaffected.

9                         [MAY BE SIGNED IN COUNTERPARTS]

10  DATED:  February__, 2006.                    SHOOK, HARDY & BACON

11

12                                                By: /s/
13                                                     STEPHEN J. DARMODY
                                                     Attorneys for HUHTAMAKI
14                                                   FOODSERVICE, INC.

15  DATED:  February__, 2006.                    STOEL RIVES LLP

16

17                                                By:/s/
                                                     LEE N. SMITH
18                                                   Attorneys for AMERIPRIDE SERVICES,
                                                     INC.
19

20  DATED:  February__, 2006.                    LEWIS BRISBOIS BISGAARD & SMITH
                                                  LLP
21

22                                                By:/s/
23                                                   ROBERT M. SHANNON
                                                     Attorneys for MISSION LINEN SUPPLY
24

25

26

27

28

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

STIPULATION TO EXTEND DATE TO
EXCHANGE EXPERT WITNESSES AND
EXPERT WITNESS REPORTS                    -2-          CIV. S-00-113-LKK JFM (CONSOLIDATED)
Portlnd3-1542064.1 0092460-00012

1

DATED:  February___, 2006.                JENKENS & GILCHRIST

2

3

4                                          By:/s/_____
                                              SONJA A. INGLIN
                                              Attorneys for CHROMALLOY
5                                          AMERICAN CORPORATION

6

7

8        **IT IS SO ORDERED.**

9        DATED:  February 22, 2006

10                                         /s/Lawrence K. Karlton
                                           Lawrence K. Karlton
11                                         Senior Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STOEL RIVES LLP        STIPULATION TO EXTEND DATE TO
ATTORNEYS AT LAW       EXCHANGE EXPERT WITNESSES AND        -3-        CIV. S-00-113-LKK JFM (CONSOLIDATED)
SACRAMENTO             EXPERT WITNESS REPORTS
                       Portlnd3-1542064.1 0092460-00012