JOHN F. CERMAK, JR. (SBN: 146799)
SONJA A. INGLIN (SBN: 90799)
JUSTIN D. SOBODASH (SBN: 217450)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859
jcermak@jenkens.com
singlin@jenkens.com
jsobodash@jenkens.com

Attorneys for Defendant
CHROMALLOY AMERICAN CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, INC., | CASE NO. S-00-113 LKK/JFM |
| Plaintiff, | (Consolidated with Case No. S-04-1494 LKK/JFM) |
| v. | |
| VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et. al. | **ORDER GRANTING EX PARTE MOTION FOR STAY OF DISCOVERY, PENDING HEARING ON MOTION FOR APPROVAL OF SETTLEMENT** |
| Defendants. | |

**ORDER GRANTING EX PARTE MOTION FOR STAY OF DISCOVERY**

LOSANGELES 312461v1 49921-00002

1  Based on the Notice of Settlement filed by Defendant Chromalloy American Corporation ("Chromalloy American") pursuant to L.R. 16-272 and the Joint Ex Parte Motion for Stay of Discovery, filed by Chromalloy American and Ameripride Services, Inc. ("AmeriPride") and good cause appearing, IT IS HEREBY ORDERED:

1. Discovery and expert designation deadlines in this Consolidated case are hereby stayed as between AmeriPride and Chromalloy American only, pending the filing and disposition of a motion for approval of the settlement and the entry of an order barring cross-claims and other claims against the settling parties.

2. AmeriPride and Chromalloy American are ordered to file and serve a joint motion for approval of the settlement and for entry of bar order, so that the motion can be heard on May 15, 2006 at 10:00 a.m. in Courtroom 4.

Dated: March 24, 2006           /s/Lawrence K. Karlton
                                Lawrence K. Karlton
                                Senior Judge