IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUHTAMAKI FOODSERVICE, INC.,

    Plaintiff,                                  No. CIV S-00-0113 LKK JFM

    vs.

AMERIPRIDE SERVICES, INC.,

    Defendant.                               <u>ORDER</u>

_____/

        On April 27, 2006, counsel for plaintiff filed a motion to shorten time to hear its accompanying motion for protective order. The motions were not scheduled for hearing pursuant to Local Rule 37-251, and did not meet the requirements for a request for order shortening time, Local Rule 6-144(e). Accordingly, IT IS HEREBY ORDERED that the motions are denied without prejudice to refiling in compliance with the Local Rules.

DATED: April 28, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/huhtamaki.den