1  LEE N. SMITH (#138071)
   SCOTT J. KAPLAN (#143478)
2  STOEL RIVES LLP
   770 L Street, Suite 800
3  Sacramento, CA  95814
   Telephone:  (916) 447-0700
4  Facsimile:  (916) 447-4781

5  Attorneys for Plaintiff/Defendant
   AMERIPRIDE SERVICES, INC.

6

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  AMERIPRIDE SERVICES, INC.,<br><br>11                Plaintiff,<br><br>12        v.<br><br>13  VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al.,<br><br>14                Defendants.<br><br>15 | Case No. CIV. S-00-113-LKK JFM (Consolidated)<br><br>**[PROPOSED] STIPULATED ORDER RE AMERIPRIDE SERVICES, INC.'S MOTION TO COMPEL CORPORATE DEPOSITION**<br><br>Judge:   Mag. Judge John F. Moulds |
| 16  HUHTAMAKI FOODSERVICE, INC.,<br><br>17                Plaintiff,<br><br>18        v.<br><br>19  AMERIPRIDE SERVICES, INC.,<br><br>20                Defendant. | Discovery<br>Cutoff:     May 15, 2006<br>Trial Date: February 27, 2007<br><br>Judge:   Hon. Lawrence K. Karlton |

21

22        Plaintiff/defendant AmeriPride Services, Inc. ("AmeriPride") and defendant Mission

23  Linen Supply Co. ("Mission Linen"), by and through their undersigned attorneys, hereby stipulate

24  to the following resolution of AmeriPride's Motion to Compel Corporate Deposition heard by the

25  Court on May 11, 2006.

26        1.   Prior deponents Cass Landon and Henry Logan will be retroactively designated as

27  Fed. R. Civ. P. 30(b)(6) corporate representatives of Mission Linen on the issue of contract

28  negotiation.

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

C:\DOCUMENTS AND SETTINGS\SHANNON\LOCAL SETTINGS\TEMP\XPGRPWISE\1550837.DO
Portlnd3-1550837.1 0092460-00012

-1-   CIV. S-00-113-LKK JFM (CONSOLIDATED)

PDF created with pdfFactory trial version www.pdffactory.com

2. Mission Linen will produce its tax records for 1983, 1984 and any other relevant period (in case of carry-overs) along with its financial statements for those years (if any such documents are in its possession, custody or control) in order to determine if a gain was recorded on the transaction by which Mission Linen sold the facility at issue to AmeriPride. Mission Linen stipulates to the authenticity of any records produced and that they are Mission Linen's business records, and if necessary at AmeriPride's option, will produce a 30(b)(6) witness familiar with Mission Linen's tax accounting for deposition by telephone at a mutually convenient date on or before June 15, 2006.

3. Mission Linen will produce the records, if any, of the other Mission Linen acquisitions requested by AmeriPride, in its Notice of Corporate Deposition for the time period of 1980 through 1986 (if any), stipulates to the authenticity of any such documents and that they are Mission Linen's business records and, if necessary, at AmeriPride's option, will produce a 30(b)(6) witness to testify about the transactions for deposition at a mutually convenient date either by telephone or in Sacramento on or before June 15, 2006.

4. No further testimony or documents will be required of Mission Linen in response to AmeriPride's Notice of Corporate Deposition.

DATED: May 15, 2006.

STOEL RIVES LLP

By: /s/Scott J. Kaplan
SCOTT J. KAPLAN
Attorneys for Plaintiff/Defendant
AMERIPRIDE SERVICES, INC

DATED: May 15, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/Robert Shannon
ROBERT SHANNON
Attorneys for Defendant
MISSION LINEN SUPPLY CO.

DATED: May 16, 2006.

IT IS SO ORDERED:

/s/ John F. Moulds
John F. Moulds, U.S. Magistrate Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

C:\DOCUMENTS AND SETTINGS\SHANNON\LOCAL SETTINGS\TEMP\XPGRPWISE\1550837.DO
Portlnd3-1550837.1 0092460-00012

-2-   CIV. S-00-113-LKK JFM (CONSOLIDATED)

PDF created with pdfFactory trial version www.pdffactory.com