1  Mark D. Anstoetter, Admitted *pro hac vice*
   L. John Nelson, IV SBN 216613
2  SHOOK HARDY & BACON, L.L.P.
   2555 Grand Boulevard
3  Kansas City, Missouri 64108
   Telephone: (816) 474-6550
4  Facsimile: (816) 421-5547

5  Stephen J. Darmody, Admitted *pro hac vice*
   SHOOK HARDY & BACON, L.L.P.
6  201 South Biscayne Boulevard, Suite 2400
   Miami, Florida 33131
7  Telephone: (305) 358-5171
   Facsimile: (305) 358-7470
8
   Attorneys for Plaintiff
9  HUHTAMAKI FOODSERVICE, INC.

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12 HUHTAMAKI FOODSERVICE, INC.,        )   Case No. CIV. S-00-113-LKK JFM
                                       )   (Consolidated)
13                  Plaintiff,         )
                                       )   **ORDER SHORTENING TIME**
14       v.                            )
                                       )
15 AMERIPRIDE SERVICES, INC.           )
                                       )
16                  Defendant.         )
                                       )
17

18       Having considered Movant's application for an order shortening time to plead, and finding good cause therein,

19

20       IT IS HEREBY Ordered that Movant's Motion to Strike AmeriPride's Notice of Rebuttal Experts or in the Alternative for Enlargement of the Discovery Period to Allow Their Depositions will be heard on May 30, 2006 at 10:00 a.m. in Courtroom No. 4. Any opposition shall be filed by May 22, 2006 at 10:00 a.m.

21

22

23

24  DATED: May 17, 2006

25                                         /s/Lawrence K. Karlton
                                           Lawrence K. Karlton
26                                         Senior JudgeUDGE

27

28

**ORDER SHORTENING TIME**
**(CASE NO. CIV S-00-113 LKK JFM (Consolidated))**

PDF created with pdfFactory trial version www.pdffactory.com