1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  AMERIPRIDE SERVICES, INC.,
    A Delaware corporation,

12                                      NO. CIV. S-00-113 LKK/JFM
            Plaintiff,

13

        v.

14                                      _____

    VALLEY INDUSTRIAL SERVICE, INC.,

15  a former California corporation,
    et al.,

16

            Defendants.

17  _____/

18      The court is in receipt of the ex-parte motion to shorten time

19  for notice of joint motion for order approving settlement and entry

20  of contribution bar order, filed by defendant, cross-claimant and

21  cross-defendant, Chromalloy American Corporation ("Chromalloy").

22      Good cause being shown, the motion to shorten the notice

23  required for hearing the joint motion on the settlement and entry

24  of contribution order is GRANTED.  The court ORDERS as follows:

25      1.  The notice required for hearing on the joint motion on the

26  settlement shall be shortened, so that service by electronic means

1

no later than May 23, 2006 shall be deemed proper notice.

2.  Argument on the motion for settlement and entry of contribution bar order is hereby SET for June 12, 2006 at 10:00 a.m. in Courtroom No. 4.

3.  Any opposition to the motion for settlement and entry of contribution shall be filed no later than June 2, 2006 at 10:00 a.m. and any reply papers shall be filed no later than June 7, 2006, at 10:00 a.m.

IT IS SO ORDERED.

DATED:  May 23, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT