UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

         Plaintiff,

    v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

         Defendants.
_____/

NO. CIV. S-00-113 LKK/JFM

    On May 23, 2006, the court granted Chromalloy American Corporation's ("Chromalloy") motion to shorten time for a hearing on the joint motion on the settlement and entry of contribution in the above-captioned case. That order also set forth a briefing schedule and a hearing date.

    Because other parties have indicated to Chromolloy's counsel that they would require more time to respond to this motion, Inglin Dec. at ¶ 3, the court hereby AMENDS the May 23, 2006 and further ORDERS as follows:

1

1. Hearing on the motion for settlement and entry of contribution bar order as to Chromolloy is CONTINUED to June 26, 2006 at 10:00 a.m. on the court's Law and Motion calendar.

2. Hearing on the motion seeking approval of a settlement between AmeriPride and the Petrolane defendants is also CONTINUED to June 26, 2006 at 10:00 a.m.

3. Any oppositions to the motion for settlement and entry of contribution shall be filed no later than June 12, 2006 at 10:00 a.m. Any reply briefs shall be filed no later than June 19, 2006 at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 26, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2