1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMERIPRIDE SERVICES, INC., | ) | CASE NO. S-00-113 LKK/JFM |
| Plaintiff, | ) ) | (Consolidated with |
| v. | ) ) | Case No. S-04-1494 LKK/JFM) |
| VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et. al. | ) ) ) ) | **ORDER GRANTING EX PARTE MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION FOR ORDER APPROVING SETTLEMENT AND ENTRY OF CONTRIBUTION BAR** |
| Defendants. | ) ) ) | |
| | ) ) | Hearing Date:  June 26, 2006 |
| | ) ) | Time:  10:00 am |
| | ) ) | Crtrm:  4 |
| | ) ) ) ) ) ) ) ) ) | |

---

**ORDER GRANTING EX PARTE MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION FOR ORDER APPROVING SETTLEMENT AND ENTRY OF CONTRIBUTION BAR**

LOSANGELES 316050v3 49921-00002

1    Based on the Ex Parte Motion for An Order Allowing Service on Non-

2  Parties of Motion For Order Approving Settlement and Entry of Contribution Bar

3  Order, and good cause appearing, IT IS HEREBY ORDERED:

4    1.    The Ex Parte Motion is hereby granted.

5    2.    Chromalloy American may serve on any non-parties a notice in the

6  form which is attached to this Order (the "Notice").  The notice shall be served,

7  either by personal service or certified mail, return receipt requested, on or before

8  June 2, 2006 at 5:00 p.m.  As set forth in the Notice, any opposition to the Motion

9  for Approval of Settlement and Entry of Contribution Bar is to be filed no later

10 than June 12, 2006 at 10:00 a.m.  Any reply papers shall be filed by June 19, 2006

11 at 10:00 a.m.

12    3.    Chromalloy American shall file proof of service on any non-parties

13 pursuant to this Order no later than 10:00 a.m. on June 7, 2006.

14    IT IS SO ORDERED.

15 Dated:  May 30, 2006

16

17 _____
   LAWRENCE K. KARLTON
18 SENIOR JUDGE
   UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

---

2
**ORDER GRANTING EX PARTE MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION
FOR ORDER APPROVING SETTLEMENT AND ENTRY OF CONTRIBUTION BAR**

1

2

JOHN F. CERMAK, JR. (SBN: 146799)
SONJA A. INGLIN (SBN: 90799)
JUSTIN D. SOBODASH (SBN: 217450)
JENKENS & GILCHRIST, LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, California 90025-7120
Telephone:  (310) 820-8800
Facsimile:  (310) 820-8859
jcermak@jenkens.com
singlin@jenkens.com

3

4

5

6

7

8

9

Attorneys for Defendant, Cross-Claimant and
Cross-Defendant CHROMALLOY
AMERICAN CORPORATION

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| AMERIPRIDE SERVICES, INC.,  ) | CASE NO. S-00-113 LKK/JFM |
|                          )                     Plaintiff,  )      v.  ) | (Consolidated with Case No. S-04-1494 LKK/JFM) |
| VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et. al.  )  )  ) | **NOTICE OF HEARING ON MOTION REGARDING APPROVAL OF SETTLEMENT BETWEEN AND AMONG AMERIPRIDE SERVICES, INC., CHROMALLOY AMERICAN CORPORATION, DHM ENTERPRISES, INC., GEORGE BACKOVICH AND BRUCE PENNELL AND ENTRY OF ORDER IMPOSING CONTRIBUTION BAR** |
|                          )                     Defendants.  )  )  )  )  )  )  )  )  )  )  ) | |

Date:  June 26, 2006
Time:  10:00 a.m.
Ctrm.:  4

---

3

**ORDER GRANTING EX PARTE MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION FOR ORDER APPROVING SETTLEMENT AND ENTRY OF CONTRIBUTION BAR**

1   PLEASE TAKE NOTICE, pursuant to an Order dated May 30, 2006, that a

2   hearing on the Joint Motion for Approval of Settlement and Entry of Contribution

3   Bar (the "Motion") of AmeriPride Services, Inc. ("AmeriPride") and Chromalloy

4   American Corporation ("Chromalloy American"), a copy of which is being served

5   on you with this Notice, will take place on June 26, 2006 at 10:00 a.m. in

6   Courtroom 4 of the United States District Court for the Eastern District of

7   California, located at 501 I Street, Sacramento, California 95814.

8   The Motion is based on a proposed settlement between AmeriPride,

9   Chromalloy American, DHM Enterprises, Inc., Bruce Pennell and George

10  Backovich with respect to the claims asserted in the above-captioned consolidated

11  cases and with respect to the soil and groundwater contamination which the subject

12  of this such cases, as is further described in the Motion.  In bringing the Motion,

13  the moving parties are seeking the entry of a contribution bar order in the form

14  lodged with the Motion and included in the copy of the Motion being served on

15  you (the "Bar Order").  You are being served with this Notice because you may

16  have rights or claims which could be subject to the Bar Order.

17  Any objections to the Motion or to the entry of the Bar Order must be filed

18  with the Court NO LATER THAN Monday, June 12, 2006 at 10:00 a.m. and

19  served (either by hand delivery, via facsimile or via e-mail) on counsel for

20  Chromalloy American and AmeriPride at the addresses set forth below no later

21  than 3:00 p.m. on such date:

22  As to AmeriPride:

23  Lee N. Smith
    Scott Kaplan
24  Stoel Rives LLP
    770 L Street, Suite 800
25  Sacramento, California 95814
    Felephone (916) 319-4651
26  Facsimile (916) 447-4781
    e-mail:  lnsmith@stoel.com
27  As to Chromalloy American:

28

---

4

**ORDER GRANTING EX PARTE MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION
FOR ORDER APPROVING SETTLEMENT AND ENTRY OF CONTRIBUTION BAR**

1    John F. Cermak, Jr.
     Sonja A. Inglin
2    Jenkens & Gilchrist, LLP
     12100 Wilshire Boulevard, 15th Floor
3    Los Angeles, California 90025
     Telephone (310) 442-8889
4    Facsimile (310) 820-8859
     Email:  singlin@jenkens.com

5

6

7    Dated:  May 23, 2006            JENKENS & GILCHRIST, LLP

8

9

10                           By:_____/s/   Sonja A. Inglin_____
                                   Sonja A. Inglin
11                                 Attorneys for Defendant, Cross-Claimant and
                                   Cross-Defendant CHROMALLOY
12                                 AMERICAN CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5
**ORDER GRANTING EX PARTE MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION**
**FOR ORDER APPROVING SETTLEMENT AND ENTRY OF CONTRIBUTION BAR**
LOSANGELES 316050v3 49921-00002