1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   AMERIPRIDE SERVICES, INC.,
     A Delaware corporation,
12                                             NO. CIV. S-00-113 LKK/JFM
               Plaintiff,
13
          v.
14
     VALLEY INDUSTRIAL SERVICE, INC.,
15   a former California corporation,
     et al.,
16
               Defendants.
17   _____/
     AND CONSOLIDATED ACTION AND
18   CROSS- AND COUNTER-CLAIMS.
     _____/
19

20        The court is in receipt of the joint application for

21   continuance of the June 26, 2006 hearing date on two motions

22   seeking approval of settlements in the above-captioned case.[1]

23   ////

24
     _____
25        [1] AmeriPride Services, Inc. has filed two joint motions, one
     with the Amerigas entities and one with Chromalloy American
26   Corporation.

                                      1

1   Having considered the application, the court hereby ORDERS as

2   follows:

3        1.   The hearing date on the two motions is CONTINUED to July

4   24, 2006 at 10:00 a.m. on the court's Law and Motion calendar.

5        2.   The parties shall meet and confer as described in the

6   joint application and shall submit a joint statement to the court

7   no later than July 10, 2006 at 10:00 a.m.

8        3.  No further requests for continuances shall be entertained.

9        IT IS SO ORDERED.

10       DATED: June 20, 2006.

11                                   _____
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
12                                   UNITED STATES DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26