UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    The court is in receipt of Mr. Lee Smith's letter dated July 7, 2006. A Pretrial Conference is currently set for November 13, 2006. At that conference and in the subsequent tentative pretrial order, the court will set a hearing and briefing schedule for the motions in limine and <u>Daubert</u> motions.

////

////

1

1     Accordingly, any hearing set by any party relative to motions
2 in limine and <u>Daubert</u> are VACATED, to be re-noticed on the schedule
3 set forth after Pretrial.
4     IT IS SO ORDERED.
5     DATED: July 11, 2006.
6                              _____
                               LAWRENCE K. KARLTON
7                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

2