UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
AMERIPRIDE SERVICES, INC.,
A Delaware corporation,
                                       NO. CIV. S-00-113 LKK/JFM
          Plaintiff,

     v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

          Defendants.
                                    /
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
                                    /
```

The court is in receipt of defendant Mission Linen Supply's ex parte application for an order extending the August 15, 2006 law and motion cut-off date. Specifically, defendant seeks to submit two partial motions for summary judgment by July 25, 2006. Good cause appearing, the law and motion cut-off date is EXTENDED to August 15, 2006. It is extended for the sole purpose of allowing defendant Mission Linen Supply an opportunity to file the motions

1

1  for summary judgment and for the other parties to file oppositions.
2       The court is also in receipt of AmeriPride's ex parte motion
3  to strike Huhtamaki's Statement of Undisputed Facts or, in the
4  alternative, for a continuance of the hearing date and Huhtamaki's
5  response to the motion.  The court finds that Huhtamaki need not
6  file a supplemental statement of undisputed facts.  To the extent
7  that AmeriPride disputes certain facts listed within Huhtamaki's
8  motions and not contained in Huhtamaki's statement of undisputed
9  facts, AmeriPride shall raise those challenges in its opposition
10 brief.  The court does, however, grant a three day extension to
11 file the oppositions to both Huhtamaki and AmeriPride's motions for
12 summary judgment.
13      The court hereby ORDERS as follows:
14      1.   Defendant Mission Linen Supply shall file its motions for
15 summary judgment no later than July 26, 2006 at 10:00 a.m.
16      2.   Oppositions or statements of non-opposition to Mission
17 Linen Supply's motions shall be filed no later than August 9, 2006
18 at 10:00 a.m.  Reply briefs shall be filed no later than August 16,
19 2006 at 10:00 a.m.
20      3.   The hearing currently set for August 7, 2006 is CONTINUED
21 to September 1, 2006 at 10:00 a.m.  All pending motions for summary
22 judgment in the above-captioned case will be heard on that date.
23 ////
24 ////
25 ////
26 ////

1    4.   Oppositions or statements of non-opposition to the
2 motions for summary judgment filed by AmeriPride and Huhtamaki are
3 to be filed no later than July 26, 2006 at 10:00 a.m.  Reply briefs
4 shall be filed no later than August 2, 2006 at 10:00 a.m.
5    IT IS SO ORDERED.
6    DATED:  July 20, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3