UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    On July 20, 2006 the court issued an order in the above captioned case resetting certain dates.  That order is AMENDED to include the following language:

        1.    Huhtamaki's motion for sanctions shall also be heard on September 1, 2006 at 10:00 a.m.

        2.    Oppositions or statements of non-opposition to the motion for sanctions are to be filed no later than

1

1 | July 26, 2006 at 10 a.m. Reply briefs shall be
2 | filed no later than August 2, 2006 at 10 a.m.
3 | IT IS SO ORDERED.
4 | DATED: July 21, 2006.
5 | LAWRENCE K. KARLTON
6 | SENIOR JUDGE
   | UNITED STATES DISTRICT COURT

2