UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    The court has reviewed Huhtamaki's motion for sanctions, Ameripride's opposition and the reply brief. Given the seriousness of the allegations, oral argument on the motion for sanctions is SET for Tuesday, August 8, 2006 at 1:30 p.m. in Courtroom No. 4.

////

////

////

1

1   The parties are instructed to be prepared to address the
2 question of what sanctions should be imposed, assuming the court
3 finds that sanctions are warranted.  ALL PARTIES SHALL BE PRESENT
4 THROUGH COUNSEL.  Should lead counsel not be available, a designee
5 must attend in their place.
6   IT IS SO ORDERED.
7   DATED: August 3, 2006.

```
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2