LEE N. SMITH (SB #138071)
CHRISTOPHER A. KEELE (SB #154608)
KARLEEN M. O'CONNOR (SB #229531)
MELISSA A. VERHAAG (SB #226755)
lnsmith@stoel.com
cakeele@stoel.com
kmoconnor@stoel.com
maverhaag@stoel.com
STOEL RIVES LLP
770 L Street, Suite 800
Sacramento, CA  95814
Telephone:   (916) 447-0700
Facsimile:    (916) 447-4781

Attorneys for Plaintiff/Defendant
AMERIPRIDE SERVICES INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS- AND COUNTERCLAIMS. | Case No. 2:00-cv-0113-LKK-JFM<br><br>**STIPULATION RE HEARING AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR CERTIFICATION, RECONSIDERATION, AND STAY OF MOTIONS FOR SUMMARY JUDGMENT; ORDER THEREON**<br><br>Date:         August 31, 2006<br>Time:        1:30 p.m.<br>Dept.:        Courtroom 4<br>Judge:       Hon. Lawrence K. Karlton<br>Trial Date: February 27, 2007 |

IT IS HEREBY STIPULATED by and between Defendant AMERIPRIDE SERVICES INC. ("AmeriPride") and Plaintiff HUHTAMAKI FOODSERVICES, INC. ("Huhtamaki"), through their counsel of record, that the following shortened briefing and hearing schedule be adopted with respect to AmeriPride's Motion for Reconsideration, Motion for Certification, and Motion to Stay the Cross-Motions for Summary Judgment.

///

1  This shortened stipulated briefing and hearing schedule is necessary because the parties' Cross-Motions for Summary Judgment (the "Motions") are currently scheduled for argument on September 1, 2006. Consequently, it is necessary that AmeriPride's Motions be heard and decided before September 1, 2006.

THEREFORE, AmeriPride and Huhtamaki stipulate, by and through their respective counsel, as follows:

1. Subject to the Court's approval and convenience, the hearing on the Motions will take place on either Wednesday, August 30, 2006, or Thursday, August 31, 2006.

2. AmeriPride will serve and file its Motions on Thursday, August 17, 2006.

3. Huhtamaki must file its Opposition to the Motions no later than Friday, August 25, 2:00 p.m. pacific standard time. The Opposition must be served on AmeriPride (with all exhibits and attachments) via fax or email by the 2:00 p.m. pacific standard deadline.

4. AmeriPride must serve and file its Reply no later than Tuesday, August 29, 2006.

DATED: August 16, 2006                    STOEL RIVES LLP


                                          By:_____
                                              KARLEEN M. O'CONNOR
                                              Attorneys for
                                              AMERIPRIDE SERVICES INC.


DATED: August 16, 2006                    SHOOK, HARDY & BACON L.L.P.


                                          By:_____
                                              L. JOHN NELSON IV
                                              Attorneys for
                                              HUKMATI FOODSERVICES, INC.

///
///
///

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**ORDER**

IT IS HEREBY ORDERED that the shortened hearing and briefing schedule stipulated to by and between Defendant AMERIPRIDE SERVICES, INC. ("AmeriPride") and Plaintiff HUHTAMAKI FOODSERVICES, INC. ("Huhtamaki"), regarding AmeriPride's Motion for Reconsideration, Motion for Certification, and Motion for Stay of Cross-Motions for Summary Judgment (the "Motions"), shall be as follows:

1. The hearing on AmeriPride's Motions will take place on August 31, 2006, at 1:30 p.m.

2. AmeriPride will serve and file its Motions on Thursday, August 17, 2006.

3. Huhtamaki must file its Opposition to the Motions no later than Friday, August 25, 2:00 p.m. pacific standard time. The Opposition must be served on AmeriPride (with all exhibits and attachments) via fax or email by the 2:00 p.m. pacific standard deadline.

4. AmeriPride must serve and file its Reply no later than Tuesday, August 29, 2006.

Based upon the foregoing stipulation of the parties, IT IS SO ORDERED.

DATED: August 17, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE