UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

         Plaintiff,

    v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

         Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

NO. CIV. S-00-113 LKK/JFM

O R D E R

On August 29, 2006, the court stayed all pending motions in the above captioned case pending the defendant's interlocutory appeal of the court's August 8, 2006 order. The court hereby clarifies that the entire case is stayed pending the appeal. The parties are directed to inform the court within ten (10) days of the effective date of the order of the court of appeals'

////

1

1 disposition as to whether it will allow interlocutory appeal.
2     IT IS SO ORDERED.
3     DATED: October 10, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2