UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        Plaintiff,

    v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

        Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

NO. CIV. S-00-113 LKK/JFM

O R D E R

    The court is in receipt of AmeriPride's motion for leave to supplement the record, filed on December 8, 2006, as well AmeriPride's application for an order shortening time. The court has also received Huhtamaki's opposition to AmeriPride's motion to supplement the record and Huhtamaki's motion to strike the supplemental material that was filed on December 8, 2006.

    AmeriPride seeks to supplement the record with roughly two

1

hundred pages of new records and expert reports. The request to supplement the record comes only five days prior to a hearing on the pending motions for summary judgment. AmeriPride claims that these records only recently became available. While that may be true, the court is under no obligation or duty to supplement the record. Moreover, the court is not inclined to supplement a record that already contains literally thousands of pages of documents. Allowing the record to be supplemented so late in the litigation process would only further delay resolution of this case. Accordingly, the court orders as follows:

1. AmeriPride's motion for leave to supplement the record is DENIED.
2. AmeriPride's application for an order shortening time is DENIED.
3. Huhtamaki's motion to strike is GRANTED.
4. Huhtamaki's application for an order shortening time is DENIED.

IT IS SO ORDERED.

DATED: December 12, 2006.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2