UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

 v.                         O R D E R

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    A hearing in the above captioned case occurred on February 22, 2007. Pending before the court were motions for summary judgment regarding Mission Linen and AmeriPride. Those motions were resolved by order of the court on February 28, 2007. At the hearing, Huhtamaki and AmeriPride informed the court that they were in the final stages of settlement negotiations. The court informed the parties to file motions for good faith approval of settlement

1

no later than 45 days after resolution of the Mission Linen motions.

Two other motions for approval of settlement remain pending. One was filed by Texas Eastern Corp, Petrolane Inc, Ameripride Services Inc, Amerigas Propane Inc, UGI Corporation, Amerigas Propane Inc, Amerigas Partners, Petrolane Inc, Texas Eastern Corp, UGI Corporation, Amerigas Partners, Petrolane Inc, Texas Eastern Corp, Amerigas Inc, UGI Corporation, Amerigas Propane Inc, Amerigas Partners (see docket No. 278). The second motion was filed by Chromally American Corporation and AmeriPride (see docket No. 292).

In an effort to resolve all outstanding motions for good faith approval of settlement at the same time, the court hereby orders as follows:

1. The motion for good faith approval of settlement filed by Texas Eastern Corp, Petrolane Inc., et al. (docket No. 278) and the motion for approval of settlement filed by Chromally American Corporation and AmeriPride (docket No. 292) are hereby TERMED. Both motions shall be RE-NOTICED at the same time that AmeriPride and Huhtamaki file notices of their respective motions for approval.
2. To the extent that the court has overlooked any remaining claims or issues, the parties are invited, but not required, to file status reports at the same time as the motions for approval of settlement.

////

////

1   IT IS SO ORDERED.

2   DATED: March 23, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT