UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
AMERIPRIDE SERVICES, INC.,
A Delaware corporation,
                                         NO. CIV. S-00-113 LKK/JFM
          Plaintiff,

     v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,         O R D E R
et al.,

          Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/
```

The court is in receipt of the parties' letter requesting an extension of time to file motions for approval of settlement. The parties represent to the court that they are attempting to file one unopposed joint motion of approval of settlement by or before April 27, 2007.  Good cause appearing, the request is granted. Accordingly,

   1.   The parties shall file either a joint motion or

1

respective motions for settlement approval by April 27, 2007.

IT IS SO ORDERED.

DATED: April 17, 2007.

```
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT
```

2