1  Mark D. Anstoetter, Admitted *pro hac vice*
   Leonard J. Nelson, SBN 216613
2  SHOOK HARDY & BACON, L.L.P.
   2555 Grand Boulevard
3  Kansas City, Missouri 64108
   Telephone: (816) 474-6550
4  Facsimile: (816) 421-5547

5  Stephen J. Darmody, Admitted *pro hac vice*
   SHOOK HARDY & BACON, L.L.P.
6  201 South Biscayne Boulevard, Suite 2400
   Miami, Florida 33131
7  Telephone: (305) 358-5171
   Facsimile: (305) 358-7470
8
   Attorneys for Plaintiff
9  HUHTAMAKI FOODSERVICE, INC.

10

11                UNITED STATES DISTRICT COURT

12                EASTERN DISTRICT OF CALIFORNIA

13 | AMERIPRIDE SERVICES, INC.,              ) | Case No. CIV. S-00-113-LKK JFM
   |                                          ) | (Consolidated with
14 |                 Plaintiff,               ) | Case No. S-04-1494 LKK/JFM)
   |                                          ) |
15 |     v.                                   ) | **ORDER GRANTING JOINT**
   |                                          ) | **MOTION ALLOWING SERVICE ON**
16 | VALLEY INDUSTRIAL SERVICES, INC.,        ) | **NON-PARTIES OF MOTION FOR**
   | a former California corporation, et. al. ) | **JUDGMENT, APPROVING**
17 |                                          ) | **SETTLEMENT, AND ENTRY OF**
   |                 Defendants.              ) | **CONTRIBUTION BAR**
18 |                                          ) |
   | And Related Counterclaims and Cross      ) | Date:  June 18, 2007
19 | Claims.                                  ) | Time:  10:00 am
   | _____                             ) | Court Room: 4, 15th floor
20 | ---------------------------------------  ) |
   | HUHTAMAKI FOODSERVICE, INC.              ) | **Judge: Hon. Lawrence K. Karlton**
21 |                                          ) |
   |                 Plaintiff,               ) |
22 |                                          ) |
   |     v.                                   ) |
23 |                                          ) |
   | AMERIPRIDE SERVICES, INC.                ) |
24 |                                          ) |
   |                 Defendant.               ) |
25 |                                          ) |
   |                                          ) |
26 | _____   ) |

27

28 _____
   **[PROPOSED] ORDER GRANTING JOINT MOTION ALLOWING SERVICE ON NON-PARTIES OF**
   **MOTION FOR JUDGMENT, APPROVING SETTLEMENT, AND ENTRY OF CONTRIBUTION BAR**
                                              Case No. CIV. S-00-113-LKK JFM (Consolidated)

**1**

PDF created with pdfFactory trial version www.pdffactory.com

Based on the Joint Motion for An Order Allowing Service on Non-Parties of Motion for Judgment Approving Settlement and Entry of Contribution Bar Order, and good cause appearing, IT IS HEREBY ORDERED:

1. The Joint Motion is hereby granted.

2. Huhtamaki Foodservice Inc. may serve on any non-parties a notice in the form which is attached to this Order (the "Notice").  The notice shall be served, either by personal service or certified mail, return receipt requested, on or before May 18, 2007 at 5:00 pm.  As set forth in the Notice, any opposition to the Motion for Judgment, Approval of Settlement and Entry of Contribution Bar is to be filed no later than June 1, 2007 at 10:00 a.m.  Any reply papers shall be filed by June 8, 2007 at 10:00 a.m.

3. Huhtamaki Foodservice shall file proof of service on any non-parties pursuant to this Order no later than 10:00 a.m. on May 18, 2007.

**DATED:  May 4, 2007.**

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

**[PROPOSED] ORDER GRANTING JOINT MOTION ALLOWING SERVICE ON NON-PARTIES OF MOTION FOR JUDGMENT, APPROVING SETTLEMENT, AND ENTRY OF CONTRIBUTION BAR**

Case No. CIV. S-00-113-LKK JFM (Consolidated)

PDF created with pdfFactory trial version www.pdffactory.com