```
 1
 2
 3
 4
 5
 6
 7
 8
 9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  AMERIPRIDE SERVICES, INC.,
    A Delaware corporation,
13                                         NO. CIV. S-00-113 LKK/JFM
              Plaintiff,
14
         v.                                      O R D E R
15
    VALLEY INDUSTRIAL SERVICE, INC.,
16  a former California corporation,
    et al.,
17
              Defendants.
18  _____/
    AND CONSOLIDATED ACTION AND
19  CROSS- AND COUNTER-CLAIMS.
    _____/
20
```

21       The court is in receipt of Mission Linen's July 2, 2007

22  letter.  The letter identifies an error in the proposed order

23  entering judgment in the above captioned case.  The proposed order

24  was formally issued by the court on July 2, 2007, prior to the

25  court having received Mission Linen's letter.

26       The letter identifies a section of the order that is an error.

1

Specifically, the order, in pertinent part, reads, "and with the exception of cross-claims against Mission Linen, which are dismissed without prejudice with each party agreement to bear its own costs and fees." Order at 8:9-11. As Mission Linen properly points out, the court granted Mission Linen's Motions for Summary Judgment on February 28, 2007. In the same order, the court denied AmeriPride's Motion for Summary Judgment. For the reasons explained in that order, the cross-claims involving Mission Linen were clearly dismissed with prejudice. Accordingly, the proposed order should reflect as much. For these reasons, the court orders as follows:

1. Page 8, line 10, of the court's July 2, 2007 order is hereby AMENDED so that the word "without" is replaced with the word "with."

IT IS SO ORDERED.

DATED: July 6, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT