UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.                           O R D E R

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    The court is in receipt of Mission Linen's July 2, 2007 letter. The letter identifies an error in the proposed order entering judgment in the above captioned case. The proposed order was formally issued by the court on July 2, 2007, prior to the court having received Mission Linen's letter.

    The letter identifies a section of the order that is an error.

1

1  Specifically, the order, in pertinent part, reads, "and with the
2  exception of cross-claims against Mission Linen, which are
3  dismissed without prejudice with each party agreement to bear its
4  own costs and fees." Order at 8:9-11. As Mission Linen properly
5  points out, the court granted Mission Linen's Motions for Summary
6  Judgment on February 28, 2007. In the same order, the court denied
7  AmeriPride's Motion for Summary Judgment. For the reasons
8  explained in that order, the cross-claims involving Mission Linen
9  were clearly dismissed with prejudice. Accordingly, the proposed
10 order should reflect as much. For these reasons, the court orders
11 as follows:
12     1.  Page 8, line 10, of the court's July 2, 2007 order is
13         hereby AMENDED so that the word "without" is replaced
14         with the word "with."
15 IT IS SO ORDERED.
16 DATED: July 6, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2