UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,      O R D E R
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    The court is in receipt of AmeriPride's request for a status conference to address the claims that were not resolved in the settlement agreement. Accordingly, the court orders as follows:

    1.    A status conference is hereby SET for August 13, 2007 at 1:30 p.m. in Courtroom 4.

////

////

1

1    IT IS SO ORDERED.

2    DATED: July 23, 2007.

3

4                              _____
                               LAWRENCE K. KARLTON
5                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26