1 LEE N. SMITH (SB #138071)
SCOTT J. KAPLAN (SB #143478)
2 MELISSA A. FOSTER (SB #226755)
STOEL RIVES LLP
3 980 Ninth Street, Suite 1900
Sacramento, CA 95814
4 Telephone: (916) 447-0700
Facsimile: (916) 447-4781
5
Attorneys for Plaintiff/Defendant
6 AMERIPRIDE SERVICES INC.

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| AMERIPRIDE SERVICES INC., a Delaware corporation, | CASE NO. CIV. S-00-113 LKK/JFM |
|---|---|
| Plaintiff, | **REQUEST FOR EXTENSION OF TIME TO FILE DEFAULT** |
| v. | |
| VALLEY INDUSTRIAL SERVICE, INC., a former California corporation, et al., | |
| Defendants. | |
| AND CONSOLIDATED ACTION AND CROSS- AND COUNTER-CLAIMS. | |

WHEREAS, on or about September 4, 2007, this Court signed an Order allowing Plaintiff AmeriPride Services Inc. ("AmeriPride") to file a default against Texas Eastern Overseas, Inc. ("TEO") itself and as successor to Valley Industrial Service, Inc. ("VIS, Inc."), the remaining defendant in this matter, after notice was served.

WHEREAS, Plaintiff was to enter the default set forth in Exhibit A to the Court's September 4, 2007 Order on or about sixty (60) days after providing notice to interested parties; and

WHEREAS, potential insurers have contacted counsel for AmeriPride to discuss and exchange information and engage in potential settlement discussions; and

-1-

REQUEST FOR EXTENSION OF TIME TO FILE DEFAULT; CASE NO. CIV. 00-113 LKK/JFM

Portlnd3-1612906.1 0092460-00012

WHEREAS, because the parties are hopeful that this effort may lead to settlement, Plaintiff requests that the Court extend the time for Plaintiff to file the default until May 15, 2008, at which time Plaintiff requests a Status Conference occur before this Court.

DATED:  February 25, 2008.

STOEL RIVES LLP

By: /S/_____
LEE N. SMITH
Attorneys for Plaintiff/Defendant

**ORDER**

It is ORDERED that AmeriPride be given until May 15, 2008 to file Exhibit A to the Court's Order of September 4, 2007, and a Status Conference is scheduled in this matter for June 9, 2008 at 2:00 p.m.

DATED:  February 27, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-

REQUEST FOR EXTENSION OF TIME TO FILE DEFAULT; CASE NO. CIV. 00-113 LKK/JFM

Portlnd3-1612906.1 0092460-00012