UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        Plaintiff,

    v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

        Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

NO. CIV. S-00-113 LKK/JFM

O R D E R

    A status conference was held in chambers on June 9, 2008. After hearing, the court orders as follows:

    Plaintiff to bring on a motion to set trial no later than June 19, 2008, defendants to respond thirty (30) days thereafter, and plaintiff to reply fifteen (15) days thereafter. The motion will be heard on August 11, 2008 at 10:00 a.m. with a time limit of 45 minutes.

1

1       IT IS SO ORDERED.

2       DATED: June 11, 2008.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT