UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        Plaintiff,

   v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,

        Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

NO. CIV. S-00-113 LKK/JFM

O R D E R

    Pending before the court is defendant Texas Eastern Overseas, Inc.'s motion to dismiss, currently set to be heard on November 3, 2008. Due to court congestion, the court CONTINUES the hearing to November 17, 2008 at 10:00 AM. The deadline for defendant to file its reply, if any, remains October 27, 2008.

    IT IS SO ORDERED.

    DATED: October 24, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT