LEE N. SMITH (SB #138071)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento, CA 95814
Telephone: (916) 447-00700
Facsimile: (916) 447-4781

PHILIP C. HUNSUCKER (SBN: 135860)
BRIAN L. ZAGON (SBN: 142403)
MAUREEN B. HODSON (SBN: 251990)
HUNSUCKER GOODSTEIN & NELSON PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

Attorneys for Plaintiff,
AMERIPRIDE SERVICES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICE, INC., a former California corporation, et al.,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS | Case No. CIV. S-00-113 LKK/JFM<br><br>**ORDER**<br><br>Hon. Lawrence K. Karlton |

Based on the final decision of the Delaware Chancery Court, as affirmed by Order of the Supreme Court dated June 24, 2010, it is hereby ordered that:

1. The existing stay ordered by this Court on November 25, 2008, is lifted; and,

2. A Fed. R. Civ. P. 16 scheduling conference is SET for September 27, 2010, at 2:00 p.m.

1

**[PROPOSED] ORDER**

3. The parties shall file their status reports fourteen (14) days prior to the status conference.

Dated: July 6, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT