1  RONALD S. BUSHNER (SBN 98352)
   EDWARD P. GARSON (SBN 96786)
2  BERNARD GEHLHAR (SBN 208482)
   EMILY M. WEISSENBERGER (SBN 248898)
3  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
   525 Market Street, 17th Floor
4  San Francisco, California 94105-2725
   Telephone:   (415) 433-0990
5  Facsimile:    (415) 434-1370
   E-mail:       Ronald.Bushner@wilsonelser.com
6
   Attorneys for Defendant
7  TEXAS EASTERN OVERSEAS, INC.

8
                              UNITED STATES DISTRICT COURT
9
                             EASTERN DISTRICT OF CALIFORNIA
10

11  AMERIPRIDE SERVICES INC.,              )  Case No. 2:00-CV-00113-LKK JFM
                                           )  (Consolidated)
12              Plaintiff,                 )
                                           )
13       v.                                )  **JOINT STIPULATION AND ORDER**
                                           )  **CONTINUING THE HEARING ON**
14  VALLEY INDUSTRIAL SERVICES, INC., a    )  **PLAINTIFF AMERIPRIDE SERVICES**
    former California corporation, et al., )  **INC.'S MOTION FOR SUMMARY**
15                                         )  **JUDGMENT AND BRIEFING**
                Defendants.                )  **DEADLINES**
16  _____    )
                                           )  Date: February 14, 2011
17  HUHTAMAKI FOODSERVICE, INC.,           )  Time: 10:00 a.m.
                                           )  Dept.: 4
18              Plaintiff,                 )  Hon. Lawrence K. Karlton
                                           )
19       v.                                )  Trial Date: January 18, 2012
                                           )  Discovery Cut Off: May 1, 2011
20  AMERIPRIDE SERVICES INC.,              )  Motion Cut Off: July 1, 2011
                                           )
21              Defendant.                 )
    _____    )
22

23                           **I.      INTRODUCTION**

24       The parties to the above-entitled action, by and through their respective counsel, hereby

25  stipulate and request the Court to continue the hearing on PLAINTIFF AMERIPRIDE SERVICES

26  INC.'s ("AMERIPRIDE") Motion for Summary Judgment (Dkt. 698) and the associated briefing

27  schedule.

28
                                              1
    Joint Stipulation                                        (Case No. 2:00-CV-00113 LKK JFM)
    **Error! Unknown document property name.**

## II.   RECITALS

On January 7, 2011, AMERIPRIDE filed a Motion for Summary Judgment. The hearing on the motion is currently set for February 14, 2011. Under this hearing date, the opposition to this motion by Defendant, Texas Eastern Overseas, Inc., ("TEO") must be filed by January 31, 2011. TEO's counsel has a trial starting February 1, 2011 in California Superior Court in the County of Solano. The case name is *Lisa Edwards v. Michael Johnson, et. al*. case number FCS 032472. Counsel for Defendant expects the trial to take several weeks and anticipates the trial continuing through the date of the hearing on AMERIPRIDE's Motion for Summary Judgment. As a result, counsel for AMERIPRIDE has graciously agreed to move the hearing date and briefing schedule to provide counsel for TEO the time to properly oppose this motion.

In light of this agreement the parties have agreed to an alternative hearing date and briefing schedule, IT IS HEREBY STIPULATED by and between the parties hereto as follows:

The hearing on Plaintiff AMERIPRIDE's Motion for Summary Judgment will be continued to April 25, 2011.

TEO's opposition to the Motion for Summary Judgment shall be due on or before March 4, 2011.

AMERIPRIDE's reply brief in support of its Motion for Summary Judgment shall be due on or before April 7, 2011.

//
//
//
//
//
//
//
//

2

Joint Stipulation   (Case No. 2:00-CV-00113 LKK JFM)
**Error! Unknown document property name.**

1  Dated: January 19, 2011        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

4                                 By: /s/Edward Garson
                                      RONALD S. BUSHNER
                                      EDWARD P. GARSON
                                      BERNARD GEHLHAR
                                      EMILY M. WEISSENBERGER
                                      Attorneys for Defendant
                                      TEXAS EASTERN OVERSEAS, INC.

Dated: January 19, 2011         HUNSUCKER GOODSTEIN & NELSON PC

                                  By: /s/Maureen B. Hodson
                                      PHILIP C. HUNSUCKER
                                      BRIAN L. ZAGON
                                      MAUREEN B. HODSON
                                      Attorneys for Plaintiff
                                      AMERIPRIDE SERVICES INC.

Good Cause Appearing,
IT IS SO ORDERED.

Dated:  January 21, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3