UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
A Delaware corporation,

        NO. CIV. S-00-113 LKK/JFM

    Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,        O R D E R
et al.,

    Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/

    On January 7, 2011, plaintiff Ameripride Services, Inc. filed a motion for summary judgment. This motion was initially set to be heard on February 14, 2011. The hearing, however, was continued to April 7, 2011 pursuant to stipulation of the parties.

    Due to court congestion, the court further continues the hearing on the motion to May 5, 2011 at 10:00 a.m. Deadlines for filing memoranda remain unchanged.

1

1        IT IS SO ORDERED.

2        DATED: February 28, 2011.

3

4

5                                   _____
                                    LAWRENCE K. KARLTON
6                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2