PHILIP C. HUNSUCKER (SBN: 135860)
BRIAN L. ZAGON (SBN: 142403)
MAUREEN B. HODSON (SBN: 251990)
HUNSUCKER GOODSTEIN & NELSON PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: phunsucker@hgnlaw.com
       bzagon@hgnlaw.com
       mhodson@hgnlaw.com

LEE N. SMITH (SBN: 138071)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
Email: lnsmith@stoel.com

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation and TEXAS EASTERN OVERSEAS, INC., a former Delaware Corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. CIV. S-00-113 LKK/JFM<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE HEARINGS ON DEFENDANT TEXAS EASTERN OVERSEAS, INC.'S DAUBERT MOTION TO EXCLUDE OPINION TESTIMONY OF PLAINTIFF'S EXPERT; MOTION TO RE-OPEN DISCOVERY; AND MOTION FOR SANCTIONS AGAINST AMERIPRIDE SERVICES INC.**<br><br>Date: June 20, 2011<br>Time: 10:00 a.m.<br>Dept.:  4<br><br>Hon. Lawrence K. Karlton<br><br>Trial Date: January 18, 2012<br>Discovery Cut Off: May 1, 2011<br>Motion Cut Off: July 1, 2011 |

1    The parties to the above-entitled action, by and through their respective counsel, hereby stipulate and request the Court to continue the hearings on Defendant Texas Eastern Overseas, Inc.'s ("TEO") Notice of Daubert Motion to Exclude Opinion Testimony of Plaintiff's Expert (Dkt. 740); Notice of Motion to Re-Open Discovery (Dkt. 736); and Notice of Motion for Sanctions Against AmeriPride Services Inc. (Dkt. 745) and the associated briefing schedule.

On May 23, 2011, TEO filed its Daubert Motion to Exclude Opinion Testimony of Plaintiff's Expert; Motion to Re-Open Discovery; and Motion for Sanctions Against AmeriPride Services Inc. The hearings on these motions are currently set for June 20, 2011.  Counsel for AmeriPride Services Inc. ("AmeriPride") are unavailable on June 20 due to pre-existing commitments:  Mr. Hunsucker will be out of the country, Mr. Zagon will be outside of the Continental United States and Ms. Hodson will be on maternity leave.

Counsel for TEO has agreed to move the hearing date and the parties have agreed on a briefing schedule, subject to the Court's approval.

Based on the foregoing, IT IS HEREBY STIPULATED by and between the parties as follows:

The hearings on Defendant TEO's Daubert Motion to Exclude Opinion Testimony of Plaintiff's Expert; Motion to Re-Open Discovery; and Motion for Sanctions Against AmeriPride Services Inc. will be continued to July 18, 2011.

AmeriPride's oppositions to all of the motions shall be due on or before June 20, 2011.

TEO's reply briefs in support of all of the motions shall be due on or before July 11, 2011.

///
///
///
///
///
///
///
///

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S MOTIONS**

| | | |
|---|---|---|
| Dated: May 27, 2011 | | HUNSUCKER GOODSTEIN & NELSON PC |

                                        By:    /s/ Brian L. Zagon
                                                      Philip C. Hunsucker
                                                        Brian L. Zagon
                                                        Maureen B. Hodson
                                                         Attorneys for
                                                         AMERIPRIDE SERVICES INC.

                                                         STOEL RIVES LLP
                                                         Lee N. Smith
                                                         Attorneys for
                                                         AMERIPRIDE SERVICES INC.

Dated: May 27, 2011                        **BASSI, EDLIN, HUIE & BLUM LLP**

                                          By:    /s/ Fred M. Blum
                                                       Fred M. Blum
                                                       Antonia O. Garcia, Jr.
                                                       Attorneys for
                                                       TEXAS EASTERN OVERSEAS, INC.

                                                       WILSON ELSER MOSKOWITZ, EDELMAN & DICKER LLP
                                                       Ronald S. Bushner
                                                       Bernard Gehlhar
                                                       Emily M. Weissenberger
                                                       Attorneys for
                                                       TEXAS EASTERN OVERSEAS, INC.

IT IS SO ORDERED.

Dated: June 1, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S MOTIONS