PHILIP C. HUNSUCKER (SBN: 135860)
BRIAN L. ZAGON (SBN: 142403)
MAUREEN B. HODSON (SBN: 251990)
HUNSUCKER GOODSTEIN & NELSON PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

LEE N. SMITH (SBN: 138071)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

RONALD S. BUSHNER (SBN: 98352)
BERNARD GEHLHAR (SBN: 208482)
EMILY M. WEISSENBERGER (SBN: 248898)
WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434 1370

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.
[Additional Attorneys Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>       vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation and TEXAS EASTERN OVERSEAS, INC., a former Delaware Corporation,<br><br>             Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. CIV. S-00-113 LKK/JFM<br><br>**STIPULATION AND ORDER RESOLVING TEXAS EASTERN OVERSEAS, INC.'S MOTION FOR SANCTIONS AGAINST AMERIPRIDE SERVICES INC.**<br><br>Date:  July 18, 2011<br>Time:  10:00 a.m.<br>Dept.:  4<br>Hon. Lawrence K. Karlton<br><br>Trial Date:  January 18, 2012<br>Discovery Cut Off:  May 1, 2011<br>Motion Cut Off:  July 1, 2011 |

**STIPULATION AND [PROPOSED] ORDER RESOLVING TEXAS EASTERN OVERSEAS, INC.'S MOTION FOR SANCTIONS AGAINST AMERIPRIDE SERVICES INC.**

1

Plaintiff AMERIPRIDE SERVICES INC., ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate with respect to TEO's Motion for Sanctions against AmeriPride as follows:

**RECITALS**

1. Whereas, on May 23, 2011, defendant TEO filed a Motion for Sanctions ("the Motion") against AmeriPride (Docket Number ("Dkt.") 746).  TEO did not meet and confer with AmeriPride prior to filing its motion.

2. Whereas, the Court previously awarded evidentiary sanctions in this action to Huhtamaki Foodservices, Inc. ("Huhtamaki") in the form of an adverse inference that AmeriPride would be prohibited from presenting any evidence which denies that AmeriPride contributed PCE to soil and groundwater contamination from the wastewater system at the property located on Wilbur Way in Sacramento, California ("the Facility") where both Valley Industrial Services, Inc. ("VIS, Inc.") and then AmeriPride operated.  (Order of August 8, 2006, Dkt. 544.)

3. Whereas, TEO claims in its Motion that it stands in Huhtamaki's shoes and it seeks the same adverse inference that the Court awarded to Huhtamaki on August 8, 2006.  (Dkt. 746 at 15.)

4. Whereas, AmeriPride disputes that TEO stands in Huhtamaki's shoes, but does not dispute that some PCE probably was added to the groundwater contamination during AmeriPride's operation of the Facility.

**STIPULATION**

Based on the foregoing, the court will instruct the jury and/or the fact finder will find that the removed pipes leaked PCE-contaminated wastewater into the soil and groundwater and that this contamination was a cause of the contamination on the Huhtamaki property.  AmeriPride will be prohibited from presenting any evidence which denies that AmeriPride contributed to the soil and groundwater contamination.  However, the parties agree that there is a dispute about the amount of contamination caused by releases of wastewater during both VIS, Inc.'s and AmeriPride's operation of the Facility that must be resolved by the trier of fact.

/ / /

2
**STIPULATION AND [PROPOSED] ORDER RESOLVING TEXAS EASTERN OVERSEAS, INC.'S MOTION FOR SANCTIONS AGAINST AMERIPRIDE SERVICES INC.**

HUNSUCKER
GOODSTEIN
& NELSON PC
HGNLAW.COM

1  Dated:  July 8, 2011                      HUNSUCKER GOODSTEIN & NELSON PC

2

3                                             By:     /s/Philip C. Hunsucker
                                                      Philip C. Hunsucker
4                                                     Brian L. Zagon
                                                      Maureen B. Hodson
5                                                     Attorneys for
                                                      AMERIPRIDE SERVICES INC.
6                                                     STOEL RIVES LLP
7                                                     Lee N. Smith
                                                      Attorneys for
8                                                     AMERIPRIDE SERVICES INC.

9

10 Dated:  July 8, 2011                      WILSON, ELSER, MOSKOWITZ, ELDELMEN &
                                             DICKER LLP
11

12                                            By:     /s/Emily M. Weissenberger
                                                      Ronald Bushner
13                                                    Bernard Gehlhar
                                                      Emily Weissenberger
14                                                    Attorneys for
                                                      TEXAS EASTERN OVERSEAS, INC.
15

16
                                                      BASSI, EDLIN, HUIE & BLUM LLP
17                                                    Fred M. Blum
                                                      William Noel Edlin
18                                                    Attorneys for
                                                      TEXAS EASTERN OVERSEAS, INC.
19

20 IT IS SO ORDERED.

21
   Dated:   July 12, 2011.
22

23

24                                            _____
                                              LAWRENCE K. KARLTON
25                                            SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT
26

27

28
                                                                                        3
   **STIPULATION AND [PROPOSED] ORDER RESOLVING TEXAS EASTERN OVERSEAS, INC.'S MOTION
                      FOR SANCTIONS AGAINST AMERIPRIDE SERVICES INC.**