UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
AMERIPRIDE SERVICES, INC.,
A Delaware corporation,
                                      NO. CIV. S-00-113 LKK/JFM
          Plaintiff,

     v.

VALLEY INDUSTRIAL SERVICE, INC.,
a former California corporation,
et al.,                                    O R D E R

          Defendants.
_____/
AND CONSOLIDATED ACTION AND
CROSS- AND COUNTER-CLAIMS.
_____/
```

In May 2011, this court ruled on plaintiff and counter-defendant's motion for summary judgment. The court granted partial summary adjudication on several issues. Shortly after this court's order, defendant and counter-plaintiff filed three motions. One was resolved through stipulation. Remaining are its motions to re-open discovery (modify the scheduling order) and to exclude plaintiff's expert testimony.

1

1 Both motions were heard on July 18, 2011. For the reasons 2 discussed at the hearing, both motions (Doc. Nos. 736, 740) are 3 denied.[1] With respect to the Daubert motion, the court may make 4 further determinations as to the relevance and reliability of the 5 challenged testimony at trial.[2]

6 IT IS SO ORDERED.

7 DATED: July 19, 2011.

```
                          /s/ Lawrence K. Karlton
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```

---

[1] The parties also stipulated that AmeriPride Services, Inc. ("AmeriPride") shall withdraw its state law claims against TEO and that Texas Eastern Overseas, Inc. ("TEO") shall withdraw its jury demand.

[2] At oral argument, counsel referred to the status (pretrial scheduling) order issued in this case on September 29, 2010. Counsel referred to the order as the pretrial order. However, the court has not yet issued a pretrial order pursuant to L.R. 283 for the dispute between AmeriPride and TEO. Rather, the final pretrial conference is set for October 3, 2011 at 1:30 p.m., after which the court will issue the pretrial order. For this reason, AmeriPride did not file its Fourth Amended Complaint after the court had issued the pretrial order, but rather had filed it after the court issued a status order.

2