1  FRED M. BLUM (SBN 101586)
   ERIN K. POPPLER (SBN 267724)
2  BASSI, EDLIN, HUIE & BLUM LLP
3  351 California Street, Suite 200
   San Francisco, California 94111-2939
4  Telephone:    (415) 397-9006
   Facsimile:     (415) 397-1339
5  E-mail:         fblum@behblaw.com
6  E-mail:         epoppler@behblaw.com

7  RONALD S. BUSHNER (SBN 98352)
   BERNARD GEHLHAR (SBN 208482)
8  EMILY M. WEISSENBERGER (SBN 248898)
9  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
10 525 Market Street, 17th Floor
   San Francisco, California 94105-2725
11 Telephone:    (415) 433-0990
12 Facsimile:     (415) 434-1370
   E-mail:         ronald.bushner@wilsonelser.com
13
14 Attorneys for Defendant
   TEXAS EASTERN OVERSEAS, INC.

15

16

17                 UNITED STATES DISTRICT COURT

18                 EASTERN DISTRICT OF CALIFORNIA

19

20 AMERIPRIDE SERVICES, INC.,              )  Case No. 2:00-CV-00113-LKK JFM
                                           )
21              Plaintiffs,                )  **TEO'S STATEMENT REGARDING**
                                           )  **DISMISSAL OF ITS THIRD PARTY**
22        vs.                              )  **COMPLAINT AGAINST UNIVAR USA,**
                                           )  **INC. AND ORDER DISMISSING THE**
23 VALLEY INDUSTRIAL SERVICES, INC., a     )  **UNIVAR COMPLAINT WITHOUT**
   former California corporation, et al.,, )  **PREJUDICE**
                                           )
24              Defendants.                )  Courtroom:      26
                                           )  Judge:          Honorable Lawrence
25                                         )                  K. Karlton
                                           )
26                                         )  Trial Date:      January 18, 2012
                                           )  Complaint Filed: January 19, 2000
27

28

433385                          1

1    Defendant <u>TEXAS EASTERN OVERSEAS, INC.</u> ("TEO") submits this statement to

2  memorialize its prior request to dismiss without prejudice TEO's Third Party Complaint against

3  Univar USA, Inc. ("Univar").

4    In TEO's Separate Pretrial Statement and in the Pretrial Conference Order (Tentative),

5  TEO agreed that dismissal of the action against Univar was appropriate because the time limit to

6  serve the Complaint had passed.  Dkt. 772 at 35; Dkt. 788 at 158.  Pursuant to Federal Rules of

7  Civil Procedure Rule 4(m), the Court must dismiss the action.  Rule 4(m) regarding the time

8  limit for service states, [i]f a defendant is not served within 120 days after the complaint is filed,

9  the court--on motion or on its own after notice to the plaintiff--must dismiss the action without

10  prejudice against that defendant or order that service be made within a specified time.  But if the

11  plaintiff shows good cause for the failure, the court must extend the time for service for an

12  appropriate period."  TEO and AmeriPride agree this action should be dismissed without

13  prejudice.  Dkt. 788 at 158.

14    For these reasons, TEO respectfully requests that the Court enter an order dismissing

15  TEO's Third Party Complaint against Univar without prejudice.

16  Date:   November 30, 2011          BASSI, EDLIN, HUIE & BLUM LLP

17

18                       By:  /s/ ERIN K. POPPLER

19                       ERIN K. POPPLER
                         Attorneys for Defendant
                         TEXAS EASTERN OVERSEAS, INC.
20

21

22  **IT IS SO ORDERED.**

23  Dated:  December 1, 2011

24

25                       LAWRENCE K. KARLTON
                         SENIOR JUDGE
26                       UNITED STATES DISTRICT COURT

27

28

**Re**:   **Ameripride Services Inc. v. Valley Industrial Services, Inc., et al.**
**United States District Court, Eastern District Case No. 2:00-CV-00113-LKK JFM**

## PROOF OF SERVICE – ELECTRONIC TRANSMISSION

STATE OF CALIFORNIA/COUNTY OF San Francisco

I am a citizen of the United States and an employee in the County of San Francisco. I am over the age of eighteen (18) years and not a party to the within action. My business address is BASSI, EDLIN, HUIE & BLUM LLP, 500 Washington Street, Suite 700, San Francisco, California 94111.

On the date executed below, I electronically served the document(s) via ECF File & Serve, described below, on the recipients designated on the Transaction Receipt located on the ECF File & Serve website.

**TEO'S STATEMENT REGARDING DISMISSAL OF ITS THIRD PARTY COMPLAINT AGAINST UNIVAR USA, INC. AND [PROPOSED] ORDER DISMISSING THE UNIVAR COMPLAINT WITHOUT PREJUDICE**

On the following parties:

SEE SERVICE LIST LOCATED ON THE ECF WEBSITE

 **X**   **BY ELECTRONIC FILING**:  I caused the above document to be served by ECF to the following names on the service list provided by ECF, and;

I declare under penalty of perjury that the foregoing is true and correct and that this document is executed on November 30, 2011, at San Francisco, California.


/s/ ADELA AREVALO

ADELA AREVALO