1  RONALD S. BUSHNER (SBN 98352)
   Ronald.Bushner@wilsonelser.com
2  EMILY M. WEISSENBERGER (SBN 248898)
   Emily.Weissenberger@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
4  San Francisco, California 94105-2725
   Telephone:     (415) 433-0990
5  Facsimile:     (415) 434-1370

6  FRED M. BLUM (SBN 101586)
   fblum@behblaw.com
7  ERIN K. POPPLER (SBN 267724)
   **BASSI, EDLIN, HUIE & BLUM LLP**
8  500 Washington Street, Suite 700
   San Francisco, California  94111
9  Telephone:     (415) 397-9006
   Facsimile:     (415) 397-1339
10
   Attorneys for Defendant
11 TEXAS EASTERN OVERSEAS, INC.

12 PHILIP C. HUNSUCKER (SBN: 135860)
   BRIAN L. ZAGON (SBN: 142403)
13 MAUREEN B. HODSON (SBN: 251990)
   MARC A. SHAPP (SBN: 266805)
14 **HUNSUCKER GOODSTEIN & NELSON PC**
   3717 Mt. Diablo Blvd., Suite 200
15 Lafayette, CA 94549
   Telephone: (925) 284-0840
16 Facsimile: (925) 284-0870

17 Attorneys for Plaintiff
   AMERIPRIDE SERVICES INC.
18 [Additional Attorneys Listed on Signature Page]

19              **UNITED STATES DISTRICT COURT**

20              **EASTERN DISTRICT OF CALIFORNIA**

21

22 AMERIPRIDE SERVICES, INC.,            ) Case No. 2:00-CV-00113-LKK JFM
                                         ) (Consolidated)
23              Plaintiff,               )
                                         ) **STIPULATION AND ORDER**
24       v.                              ) **PERMITTING THE USE OF NON-**
                                         ) **CERTIFIED DEPOSITIONS AT TRIAL**
25 VALLEY INDUSTRIAL SERVICES, INC., a  )
   former California corporation, et al.,)
26                                       )
                Defendants.              )
27 _____)
                                         )
28 AND ALL RELATED CROSS-ACTIONS.        )
   _____)

1

Defendant TEXAS EASTERN OVERSEAS, INC., ("TEO") and Plaintiff AMERIPRIDE SERVICES INC., ("AmeriPride"), by and through their respective counsel, stipulate with respect to the use of non-certified depositions at trial as follows:

## RECITALS

1. This action was filed on January 19, 2000.

2. A motion to consolidate was filed this action with *Huhtamaki Foodservice, Inc v. AmeriPride Services, Inc.* (the "Huhtamaki Action"). (Dkt. 175-4.) The motion was granted on November 3, 2005. (Dkt. 185.)

3. Since the filing of this action there have been over thirty (30) depositions taken in this and the Huhtamaki Action. A large number of the depositions were taken between 2003 and 2006. As a result, some of the court reporters are no longer in business or no longer have the files upon which to prepare a certified copy of the deposition and exhibits.

4. Further, as several parties have settled this matter the original certified transcripts have been difficult to locate.

5. Both AmeriPride and TEO have designated deposition testimony to be read into the record at trial.

6. The parties have agreed to prepare one set of depositions and designated deposition exhibits for trial.

## STIPULATION

Based on the foregoing, AmeriPride and TEO request that the Court permit the use of non-certified deposition transcripts and deposition exhibits at trial. The deposition text and exhibits will be jointly submitted with designated testimony highlighted to distinguish the designating party. However, this stipulation does not eliminate any objection to the authenticity of the deposition previously made by the parties pursuant to the requirements of the Final Pretrial Order. The parties waive any requirements that the depositions be certified copies, originals or that exhibits be attached.

| | | |
|---|---|---|
| 2 | Dated: January 4, 2012 | **WILSON, ELSER, MOSKOWITZ, ELDELMEN & DICKER LLP** |

By: */s/ Emily M. Weissenberger*
 Ronald Bushner
 Bernard Gehlhar
 Emily M. Weissenberger
 Attorneys for
 TEXAS EASTERN OVERSEAS, INC.

 BASSI, EDLIN, HUIE & BLUM LLP
 Fred M. Blum
 Erin Poppler
 Attorneys for TEXAS EASTERN OVERSEAS, INC.

Dated: January 4, 2012    **HUNSUCKER GOODSTEIN & NELSON PC**

By: */s/ Maureen B. Hodson*
 Philip C. Hunsucker
 Brian L. Zagon
 Maureen B. Hodson
 Marc A. Shapp
 Attorneys for AMERIPRIDE SERVICES INC.
 STOEL RIVES LLP
 Lee N. Smith
 Attorneys for AMERIPRIDE SERVICES INC.

IT IS SO ORDERED.

Dated: January 9, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT