RONALD S. BUSHNER (SBN 98352)
Ronald.Bushner@wilsonelser.com
EMILY M. WEISSENBERGER (SBN 248898)
Emily.Weissenberger@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

FRED M. BLUM (SBN 101586)
fblum@behblaw.com
ERIN K. POPPLER (SBN 26774)
**BASSI, EDLIN, HUIE & BLUM LLP**
500 Washington Street, Suite 700
San Francisco, California  94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

PHILIP C. HUNSUCKER (SBN: 135860)
BRIAN L. ZAGON (SBN: 142403)
MAUREEN B. HODSON (SBN: 251990)
MARC A. SHAPP (SBN: 266805)
**HUNSUCKER GOODSTEIN & NELSON PC**
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.
[Additional Attorneys Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al.,<br><br>     Defendants.<br><br>AND ALL RELATED CROSS-ACTIONS. | Case No. 2:00-CV-00113-LKK JFM (Consolidated)<br><br>**STIPULATION AND ORDER CONCERNING COSTS INCURRED BY AMERIPRIDE SERVICES, INC.** |

STIPULATION AND [PROPOSED] ORDER
CONCERNING COSTS INCURRED BY AMERIPRIDE SERVICES, INC.

815271.1

Defendant TEXAS EASTERN OVERSEAS, INC., ("TEO") and Plaintiff AMERIPRIDE SERVICES INC., ("AmeriPride"), by and through their respective counsel, stipulate as follows:

## RECITALS

In order to avoid the unnecessary introduction of voluminous documents and to streamline the trial process, the Parties stipulate to the following facts for the purposes of this trial only. The stipulation is being entered in to in light of pre-trial rulings by the Court on insurance off-sets and for the convenience of the Parties. TEO by entering into the stipulation has not waived any rights relating to any pre-trial ruling or to raise the issue of AmeriPride's insurance set offs at any retrial or as to future costs.

## STIPULATION

1. AmeriPride has directly incurred $7,570,921 in investigation and remediation costs through August 2010.

2. AmeriPride has directly incurred $474,730 in regulatory oversight costs through September 2010.

3. AmeriPride paid $8,250,000 to Huhtamaki to settle all claims Huhtamaki had against AmeriPride.

4. AmeriPride paid $2,000,000 to Cal-Am Water Co. to settle all claims Cal-Am Water Co. had against AmeriPride.

Dated:  January 4, 2012     **HUNSUCKER GOODSTEIN & NELSON PC**

By: *P. C. Hunsucker* (signature)

Philip C. Hunsucker
Brian L. Zagon
Maureen B. Hodson
Marc A. Shapp
Attorneys for
AMERIPRIDE SERVICES INC.
STOEL RIVES LLP

Lee N. Smith
Attorneys for
AMERIPRIDE SERVICES INC.

STIPULATION AND [PROPOSED] ORDER
CONCERNING COSTS INCURRED BY AMERIPRIDE SERVICES, INC.

2

815271.1

Dated: January 4, 2012        **WILSON, ELSER, MOSKOWITZ, ELDELMEN & DICKER LLP**

By  /s/Emily Weissenberger
Ronald Bushner
Bernard Gehlhar
Emily Weissenberger
Attorneys for
TEXAS EASTERN OVERSEAS, INC.

BASSI, EDLIN, HUIE & BLUM LLP
Fred M. Blum
Erin Poppler
Attorneys for TEXAS EASTERN OVERSEAS, INC.

IT IS SO ORDERED.

Dated: JANUARY 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 3717 Mt. Diablo Blvd., Suite 200, Lafayette, California 94549. I am employed in the county of Contra Costa where this service occurred. I am over the age of 18 years, and not a party to this action. I am readily familiar with this



815271.1

firm's practice for collection and processing correspondence for mailing, facsimile, overnight delivery and personal delivery.

On January 9, 2012, following ordinary business practice, I served the foregoing documents described as:

**STIPULATION AND [PROPOSED] ORDER CONCERNING COSTS INCURRED BY AMERIPRIDE SERVICES, INC.**

  X   (BY ELECTRONIC FILING) I caused the above document to be served by ECF to the following names on the service list provided by ECF; and

  X   (BY EMAIL) by transmitting via email the document listed above to the email address(es) set forth above, or as stated on the attached service list, on this date.

| | |
|---|---|
| Ronald Bushner<br>Bernard Gehlhar<br>Emily Marie Weissenberger<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP<br>525 Market Street, 17th Floor<br>San Francisco, CA 94105-2725<br>Email: ronald.bushner@wilsonelser.com<br>　　　　bernard.gehlhar@wilsonelser.com<br>　　　　emily.weissenberger@wilsonelser.com | Fred M. Blum<br>Erin K. Poppler<br>Bassi, Edlin, Huie & Blum LLP<br>500 Washington Street, Suite 700<br>San Francisco, CA 94111<br>Email: fblum@behblaw.com<br>　　　　epoppler@behblaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 9, 2012 at Lafayette, California.

　　　　　　　　　　　　　　　　　　/s/ Michelle Bryant
　　　　　　　　　　　　　　　　　　Michelle Bryant

---

**STIPULATION AND [PROPOSED] ORDER
CONCERNING COSTS INCURRED BY AMERIPRIDE SERVICES, INC.**

4

815271.1