PHILIP C. HUNSUCKER (SBN: 135860)
BRIAN L. ZAGON (SBN: 142403)
MAUREEN B. HODSON (SBN: 251990)
MARC A. SHAPP (SBN: 266805)
HUNSUCKER GOODSTEIN & NELSON PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email: phunsucker@hgnlaw.com
       bzagon@hgnlaw.com
       mhodson@hgnlaw.com
       mshapp@hgnlaw.com

LEE N. SMITH (SBN: 138071)
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781
Email: lnsmith@stoel.com

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation and TEXAS EASTERN OVERSEAS, INC., a former Delaware Corporation,<br><br>             Defendants. | Case No. CIV. S-00-113 LKK/JFM<br><br>**JOINT STIPULATION AND ORDER CONTINUING THE HEARINGS ON DEFENDANT TEXAS EASTERN OVERSEAS, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND MOTION TO AMEND OR ALTER THE JUDGMENT**<br><br>Date:  July 23, 2012<br>Time: 10:00 a.m.<br>Dept.:  4<br><br>Hon. Lawrence K. Karlton |
| AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | |

1

**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEFENDANT'S MOTIONS**

1    The parties to the above-entitled action, by and through their respective counsel, hereby stipulate and request the Court to continue the hearings on Defendant Texas Eastern Overseas, Inc.'s ("TEO") Renewed Federal Rules of Civil Procedure Rule 50(b) Motion for Judgment as a Matter of Law and Motion to Amend or Alter the Judgment Pursuant to Federal Rules of Civil Procedure Rule 59(e), and the associated briefing schedule.

On May 18, 2012 TEO filed its Renewed Federal Rules of Civil Procedure Rule 50(b) Motion for Judgment as a Matter of Law (Dkt. 923) and its Motion to Amend or Alter the Judgment Pursuant to Federal Rules of Civil Procedure Rule 59(e) (Dkt. 924).  The hearings on these motions are currently set for July 23, 2012.  Counsel for AmeriPride Services Inc. ("AmeriPride") are unavailable on July 23 due to pre-existing commitments:  Mr. Hunsucker will be out of the country, and Mr. Zagon will be outside of the Continental United States.

Counsel for TEO has agreed to move the hearing date and the parties have agreed on a briefing schedule, subject to the Court's approval.

Based on the foregoing, IT IS HEREBY STIPULATED by and between the parties as follows:

The hearings on Defendant TEO's Renewed Federal Rules of Civil Procedure Rule 50(b) Motion for Judgment as a Matter of Law; and Motion to Amend or Alter the Judgment Pursuant to Federal Rules of Civil Procedure Rule 59(e) will be continued to September 4, 2012.

AmeriPride's oppositions to each of the motions shall be due on or before August 17, 2012.

TEO's reply briefs in support of each of the motions shall be due on or before August 27, 2012.

Dated:  June 11, 2012            **HUNSUCKER GOODSTEIN & NELSON PC**

By:   /s/ Philip C. Hunsucker
      Philip C. Hunsucker
      Brian L. Zagon
      Maureen B. Hodson
      Attorneys for
      AMERIPRIDE SERVICES INC.

STOEL RIVES LLP
Lee N. Smith
Attorneys for
AMERIPRIDE SERVICES INC.

Dated:  June ____, 2012        **BASSI, EDLIN, HUIE & BLUM LLP**

By:   /s/_____
Fred M. Blum
Erin Poppler
Attorneys for
TEXAS EASTERN OVERSEAS, INC.

WILSON ELSER MOSKOWITZ, EDELMAN & DICKER LLP
Ronald S. Bushner
Bernard Gehlhar
Attorneys for
TEXAS EASTERN OVERSEAS, INC.

IT IS SO ORDERED.

Dated:  June 12, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT