1

2

3

4

5

6                         UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8

AMERIPRIDE SERVICES, INC.,
9  a Delaware corporation,
                                        NO. CIV. S-00-0113 LKK/JFM
10           Plaintiff,

11       v.

12 VALLEY INDUSTRIAL SERVICES,
   INC., a former California
13 corporation and TEXAS
   EASTERN OVERSEAS, INC., a
14 former Delaware corporation,

15           Defendants.
   _____/
16
AND CONSOLIDATED ACTION AND
17 CROSS AND COUNTER-CLAIMS.
   _____/
18
AMERIPRIDE SERVICES, INC.,
19 a Delaware corporation,
                                        NO. CIV. S-12-1723 GEB/GGH
20           Plaintiff,

21       v.

22 CENTRAL NATIONAL INSURANCE            RELATED CASE ORDER
   COMPANY OF OMAHA, a Nebraska
23 corporation; and GRANITE
   STATE INSURANCE COMPANY, a
24 New Hampshire corporation,

25           Defendants.
   _____/
26

                                  1

1    Examination of the above-entitled actions reveals that
2  the cases are related within the meaning of Local Rule 123(a) (E.D.
3  Cal. 2012).

4    Accordingly, the assignment of the matters to the same judge
5  and magistrate judge is likely to effect a substantial savings of
6  judicial effort and is also likely to be convenient for the
7  parties.  Under the regular practice of this court, related cases
8  are generally assigned to the judge and magistrate judge to whom
9  the first filed action was assigned.

10    The parties should be aware that relating the cases under
11  Local Rule 123 merely has the result that the actions are assigned
12  to the same judge and magistrate judge; no consolidation of the
13  actions is effected.  Under the regular practice of this court,
14  related cases are generally assigned to the judge and magistrate
15  judge to whom the first filed action was assigned.

16    IT IS THEREFORE ORDERED that the action denominated CIV. NO.
17  S-12-1723 GEB/GGH, and the same hereby is, reassigned to Judge
18  Lawrence K. Karlton and Magistrate Judge John F. Moulds for all
19  further proceedings.  Any dates currently set in the reassigned
20  case only, are hereby VACATED.

21    Henceforth, the caption on documents filed in this
22  reassigned case shall be shown as CIV. NO. S-12-1723 LKK/JFM.

23    IT IS FURTHER ORDERED that the Clerk of the Court make
24  appropriate adjustment in the assignment of civil cases to
25  compensate for this reassignment.
26  ////

1    DATED:   July 26, 2012.

2

3

4                                    _____
                                     LAWRENCE K. KARLTON
5                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26