UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERIPRIDE SERVICES, INC.,
a Delaware corporation,

        Plaintiff,

  v.

VALLEY INDUSTRIAL SERVICES, INC., a former California corporation and TEXAS EASTERN OVERSEAS, INC., a former Delaware corporation,

        Defendants.
_____/

NO. CIV. S-00-0113 LKK/JFM

AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS.
_____/

AMERIPRIDE SERVICES, INC.,
a Delaware corporation,

        Plaintiff,

  v.

CENTRAL NATIONAL INSURANCE COMPANY OF OMAHA, a Nebraska corporation; and GRANITE STATE INSURANCE COMPANY, a New Hampshire corporation,

        Defendants.
_____/

NO. CIV. S-12-1723 LKK/JFM

1

```
 1  AMERIPRIDE SERVICES, INC.,
    a Delaware corporation, as
 2  Court-Ordered Assignee of
    Texas Eastern Overseas, Inc.,
 3                                          NO. CIV. S-12-2476 MCE/CKD
              Plaintiff,
 4
          v.
 5
    CENTRAL NATIONAL INSURANCE
 6  COMPANY OF OMAHA, a Nebraska            RELATED CASE ORDER
    corporation; and GRANITE
 7  STATE INSURANCE COMPANY, a
    New Hampshire corporation,
 8
              Defendants.
 9  _____/
```

Pending before the court is Plaintiff's notice of related cases. Pl's Notice, ECF No. 942. Plaintiff has notified the court that this case may be related to Case No. 2:12-cv-02476-MCE-CKD. After a review of the cases, the court concludes that the cases are related within the meaning of Local Rule 83-123(a) (2012).

Accordingly the court ORDERS as follows:

1. The action denominated 2:12-cv-02476-MCE-CKD is REASSIGNED to Judge Lawrence K. Karlton and Magistrate Judge John F. Moulds for all further proceedings, and any dates currently set in the reassigned case <u>only</u>, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:12-cv-02476-LKK-JFM.

2. The Clerk of the Court make shall appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

////

////

2

1    3. A status conference is set for 2:12-cv-02476-LKK-JFM on
2 January 28, 2013 at 3:00 P.M.
3    IT IS SO ORDERED.
4    DATED: November 7, 2012.

```
                                     /s/ Lawrence K. Karlton
                                     LAWRENCE K. KARLTON
                                     SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
```

3