UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ameripride Services, Inc., a Delaware corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>Valley Industrial Services, Inc., a former California corporation and Texas Eastern Overseas, Inc., a former Delaware corporation,<br><br>      Defendants. | Case No: CIV. SS-00-113 LKK/JFM<br><br>**ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT, HUHTAMAKI FOODSERVICE INC.** |

    THIS CAUSE came before the Court upon the Stipulation for Substitution of Counsel for Defendant, Huhtamaki Foodservice, Inc. ("Huhtamaki"), and the Court having reviewed the Stipulation, and being otherwise fully advised in the premises,

    **IT IS HEREBY ORDERED THAT:**

    1.   The Stipulation for Substitution of Counsel is hereby approved.

    2.   The law firm of Foley & Lardner LLP is hereby relieved of all further responsibility for the representation Huhtamaki

in the above-captioned matter. All further pleadings, correspondence and other documents in this matter shall be directed to: Stephen J. Darmody, Esq., Darmody & Carta P.A., 201 Sevilla Avenue, Suite 305, Coral Gables, Florida 33134, Tel: (305) 442-7737; Fax: (305) 397-1285.

**IT IS SO ORDERED.**

DATE: September 17, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT