```
PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:    (925) 284-0840
Facsimile:    (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
HUNSUCKER GOODSTEIN PC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:    (559) 447-5700
Facsimile:    (559) 447-5600
```

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

```
FRED M. BLUM, ESQ. (SBN 101586)
ERIN K. POPPLER, ESQ. (SBN 267724)
VIVY D. DANG, ESQ. (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339
```

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.
[Additional Attorneys Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al., <br><br> Defendants. | Case No. 2:00-cv-00113-MCE-EFB <br><br> **STIPULATION AND ORDER TO TAKE THE DEPOSITION OF THIRD PARTY CALIFORNIA-AMERICAN WATER COMPANY'S PERSON MOST KNOWLEDGEABLE AFTER THE NON-EXPERT DISCOVERY CUT-OFF DATE** <br><br> Judge:      Hon. Morrison C. England <br> Trial Date: August 5, 2016 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate with

1

STIPULATION AND ORDER TO CONTINUE FACT DISCOVERY DEADLINE AS NECESSARY TO TAKE THE DEPOSITION OF THIRD PARTY CALIFORNIA-AMERICAN WATER COMPANY'S PMK

respect to the deposition of third-party California-American Water Company ("Cal-Am"), as follows:

**RECITALS**

1. Pursuant to the July 20, 2015 Pretrial Scheduling Order, all discovery, with the exception of expert discovery, must be completed by September 30, 2015. Dkt. 988 at 3.

2. On August 17, 2015, TEO served Cal-Am a Subpoena To Testify At A Deposition In A Civil Action for the deposition of Cal-Am's Person Most Knowledgeable ("PMK") on several subject matters including: settlement negotiations between Cal-Am and AmeriPride, whether response actions taken at the Cal-Am facility were consistent with the requirements of the National Contingency Plan ("NCP"), and whether the costs incurred for those response actions were consistent with the requirements of the NCP.

3. On September 11, 2015, AmeriPride also served Cal-Am a Subpoena To Testify At A Deposition In A Civil Action for the deposition of its PMK on additional topics. In August, before serving its deposition notice, counsel for AmeriPride had requested from Cal-Am's counsel available dates for the deposition of the Cal-Am PMK. AmeriPride waited to serve its deposition notice until it had available dates for the deposition from counsel for Cal-Am.

4. Prior to serving the deposition subpoenas, both parties also served separate Subpoenas To Produce Documents on Cal-Am. On August 25, 2015, Cal-Am produced documents responsive to AmeriPride's subpoena and has indicated that it will produce additional documents.

5. Cal-Am's PMK's deposition is necessary for the issue remanded to this Court to "determine the extent to which AmeriPride reimbursed Cal-Am for necessary response costs incurred consistent with the NCP." AmeriPride Services, Inc. v. Texas Eastern Overseas, Inc., 782 F. 3d 479, 492 (9th Cir. 2015).

6. Cal-Am has agreed to produce Mr. Mark Schubert for the deposition of its PMK. Mr. Schubert resides in San Diego, California.

7. Mr. Schubert is unavailable for a deposition before September 30, 2015.

2

STIPULATION AND ORDER TO CONTINUE FACT DISCOVERY DEADLINE AS NECESSARY TO TAKE THE DEPOSITION OF THIRD PARTY CALIFORNIA-AMERICAN WATER COMPANY'S PMK

8. Mr. Schubert is available for deposition on October 8 or October 15, 2015, and has agreed to travel to San Francisco to be deposed.

9. TEO and AmeriPride's counsel have agreed to share the reasonable travel costs Mr. Schubert will incur to attend this deposition.

10. Good cause exists for this Court to permit the deposition of third-party Cal-Am to be taken fifteen days (15) after the non-expert discovery cut-off date because: (1) the parties were diligent in seeking the deposition of Cal-Am so it could be taken before September 30, 2015; and (2) Cal-Am's designated witness cannot attend a deposition prior to September 30, 2015.

11. By allowing the deposition of Cal-Am to be taken on October 15, 2015 the Parties are not aware of any issue that would arise related to their compliance with any other deadlines in the Court's Pretrial Scheduling Order.

**STIPULATION**

Based on the foregoing, AmeriPride and TEO agree and respectfully request that the Court permit the deposition of third-party Cal-Am to be taken fifteen days (15) after the non-expert discovery cut-off date.

Date:   September 16, 2015        BASSI, EDLIN, HUIE & BLUM LLP

                                  By:  /s/ Fred M. Blum
                                  _____
                                       FRED M. BLUM
                                       ERIN K. POPPLER
                                       Attorneys for Defendant
                                       TEXAS EASTERN OVERSEAS, INC.

Date:   September 16, 2015        WILSON, ELSER, MOSKOWITZ, EDELMAN
                                  & DICKER LLP

|  |  |
|--|--|
|  | By: /s/ Ronald S. Bushner |
|  | RONALD S. BUSHNER (SBN 98352)<br>SHANA INSPEKTOR (SBN 291841)<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>525 Market Street, 17th Floor<br>San Francisco, California 94105-2725<br>Telephone: (415) 433-0990<br>Facsimile: (415) 434 1370<br>Attorneys for Defendant<br>TEXAS EASTERN OVERSEAS, INC. |
| Date: September 16, 2015 | HUNSUCKER GOODSTEIN & NELSON PC |
|  | By: /s/ Brian L. Zagon |
|  | PHILIP C. HUNSUCKER<br>BRIAN L. ZAGON<br>Attorneys for Plaintiffs<br>AMERIPRIDE SERVICES INC. |
| Date: September 16, 2015 | PERKINS MANN & EVERETT, APC |
|  | By: /s/ Lee N. Smith |
|  | LEE N. SMITH<br>Attorneys for Plaintiffs<br>AMERIPRIDE SERVICES INC. |

**ORDER**

Pursuant to the foregoing stipulation, the Court grants the parties' request to take the deposition of third-party Cal-Am fifteen days (15) after the non-expert discovery cut-off date. IT IS SO ORDERED.

Dated: September 25, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

4

STIPULATION AND ORDER TO CONTINUE FACT DISCOVERY DEADLINE AS NECESSARY TO TAKE THE DEPOSITION OF THIRD PARTY CALIFORNIA-AMERICAN WATER COMPANY'S PMK