PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:   (925) 284-0840
Facsimile:    (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:   (559) 447-5700
Facsimile:    (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS,INC.
[Additional Attorneys Listed on Signature Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., | Case No. 2:00-cv-00113-MCE-EFB |
| Plaintiffs, | JOINT STIPULATION AND ORDER TO MODIFY THE DISPOSITIVE MOTION COMPLETION DATE IN THE PRETRIAL SCHEDULING ORDER [DKT. NO. 988] |
| vs. | |
| VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al., | Judge:        Hon. Morrison C. England Trial Date:   August 5, 2016 |
| Defendants. | |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS

EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate

to modify the dispositive motion completion date in the Pretrial Scheduling Order [Dkt. No. 988], subject to the Court's approval, as follows:

RECITALS

1.      Following remand from the Ninth Circuit Court of Appeals, the Court issued its July 20, 2015 Pretrial Scheduling Order.

2.      The Parties have diligently completed fact discovery, expert disclosures were timely filed and served on November 30, 2015, and the Parties intend to timely file and serve expert rebuttal reports by December 30, 2015.

3.      TEO served three expert reports and AmeriPride served two expert reports. Several of the expert reports are lengthy and will require significant time to prepare for deposition of those experts.

4.      The dispositive motion completion date is currently set for February 25, 2016. Motions for summary judgment must be filed eight weeks before the hearing date.  (Dkt. No. 988 at 5).  Applying these requirements results in the Parties' respective motions for summary judgment being due the same day as expert rebuttal reports on December 30, 2015.

5.      All discovery of expert witnesses, including depositions, must be completed in "a timely manner in order to comply with the Court's deadline for filing dispositive motions." (Dkt. No. 988 at 4.)  Among other complications, this requirement results in the Parties having to take all expert depositions before the service of expert rebuttal reports, and a very short time before the Parties must file their motions for summary judgment.  Further, at least one of TEO's witnesses is not available for deposition until after December 30, 2015.

6.      In order to timely complete all discovery of expert witnesses, and to provide the Parties with the option to take expert depositions after expert rebuttal reports are exchanged, the Parties respectfully request a two-month extension of the dispositive motion completion date from the current date of February 25, 2016 to April 21, 2016.  The new deadline would result in motions for summary judgment being due by February 26,

2

2016 (eight weeks before the hearing).  No other modifications are requested.

7.      Pursuant to Fed. R. Civ. P. 16 and the Court's Pretrial Scheduling Order, good cause exists for the requested extension because:  (1) the Parties can take expert depositions with the benefit of both the initial and rebuttal reports which will result in more thorough discovery and presentation of experts at trial; (2) the Parties will have time to evaluate the expert deposition testimony prior to filing their respective motions for summary judgment which may streamline or entirely eliminate certain issues from the dispositive motions; (3) the Parties will be able to use the expert deposition testimony in support of their respective motions for summary judgment; (4) it will encourage, not discourage, efficient pre-trial activities; and (5) it will not delay disposition of this case.  For these reasons, granting the Parties' requested extension will also promote judicial economy.

STIPULATION

Based on the foregoing, AmeriPride and TEO agree and respectfully request that the Court modify its Pretrial Scheduling Order to change the dispositive motion completion date currently set for February 25, 2016 to April 21, 2016.

Date:   December 4, 2015          BASSI, EDLIN, HUIE & BLUM LLP


                                   By: /s/ Fred M. Blum
                                   _____
                                   FRED M. BLUM
                                   ERIN K. POPPLER
                                   Attorneys for Defendant
                                   TEXAS EASTERN OVERSEAS, INC.

Date:   December 4, 2015          WILSON, ELSER, MOSKOWITZ, EDELMAN
                                   & DICKER LLP


                                   By:    /s/ Ronald S. Bushner
                                   _____
                                   RONALD S. BUSHNER (SBN 98352)
                                   SHANA INSPEKTOR (SBN 291841)
                                   Attorneys for Defendant
                                   TEXAS EASTERN OVERSEAS. INC.

JOINT STIPULATION AND ORDER TO MODIFY THE DISPOSITIVE MOTION COMPLETION DATE IN THE PRETRIAL SCHEDULING ORDER

Date:   December 4, 2015                  HUNSUCKER GOODSTEIN & NELSON PC


                                          By:  /s/ Brian L. Zagon
                                               _____
                                               PHILIP C. HUNSUCKER
                                               BRIAN L. ZAGON
                                               Attorneys for Plaintiff
                                               AMERIPRIDE SERVICES INC.

Date:   December 4,  2015                 PERKINS MANN & EVERETT, APC


                                          By:  /s/ Lee N. Smith
                                               _____
                                               LEE N. SMITH
                                               Attorneys for Plaintiff
                                               AMERIPRIDE SERVICES INC.


                                  ORDER

        Based on the stipulation of the Parties and a showing of good cause, the Court

hereby modifies its Pretrial Scheduling Order to move the deadline for completion of

dispositive motions from February 25, 2016, to April 21, 2016.

        IT IS SO ORDERED.

  Dated:  December 7, 2015


                                          _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

JOINT STIPULATION AND ORDER TO MODIFY THE DISPOSITIVE MOTION COMPLETION DATE IN
THE PRETRIAL SCHEDULING ORDER