PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:   (925) 284-0840
Facsimile:   (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:   (559) 447-5700
Facsimile:   (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.
[Additional Attorneys Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES, INC.,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al.,<br><br>　　　　Defendants. | Case No. 2:00-cv-00113-MCE-EFB<br><br>**STIPULATION AND ORDER CONCERNING ADDITIONAL RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE SERVICES INC.**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date:   August 5, 2016 |

STIPULATION AND ORDER CONCERNING ADDITIONAL RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE SERVICES INC.

Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO") and Plaintiff AMERIPRIDE SERVICES INC. ("AmerPride"), by and through their respective counsel, stipulate as follows:

In order to avoid the unnecessary introduction of voluminous documents and to streamline the trial process, the Parties stipulate to the following facts for the limited and sole purposes of this trial, and not to be used for any other purpose.

## STIPULATION

1. AmeriPride has directly incurred $1,926,622.62 in investigation and remediation costs after the Court's April 20, 2012 Order (Dkt. 915) through June 2015. These costs are identified on Exhibit 1 to this stipulation.

2. AmeriPride has directly incurred $74,863.90 in regulatory oversight costs after the Court's April 20, 2012 Order through March 2015. These costs are identified on Exhibit 1 to this stipulation.

3. For the purposes of this action only, costs described in Paragraphs 1 and 2 are recoverable under Section 107(a)(4)(B) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607(a)(4)(B).

4. There are investigation and cleanup costs and oversight costs for which AmeriPride seeks recovery that are not included in this stipulation. AmeriPride reserves all of its rights in connection with such costs. TEO reserves all of its rights to object to such costs.

Date:   February 16, 2016          BASSI, EDLIN, HUIE & BLUM LLP


By:   /s/ Fred M. Blum
        FRED M. BLUM
        ERIN K. POPPLER
        Attorneys for Defendant
        TEXAS EASTERN OVERSEAS, INC.

| | | |
|---|---|---|
| Date: | February 16, 2016 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |

By:   /s/ Ronald S. Bushner
RONALD S. BUSHNER (SBN 98352)
SHANA INSPEKTOR (SBN 291841)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434 1370
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date: February 16, 2016    HUNSUCKER GOODSTEIN PC

By:   /s/ Brian L. Zagon
PHILIP C. HUNSUCKER
BRIAN L. ZAGON
Attorneys for Plaintiffs
AMERIPRIDE SERVICES INC.

Date: February 16, 2016    PERKINS MANN & EVERETT, APC

By:   /s/ Lee N. Smith
LEE N. SMITH
Attorneys for Plaintiffs
AMERIPRIDE SERVICES INC.

**ORDER**

The foregoing stipulation is hereby adopted and approved by the Court.

IT IS SO ORDERED.

Dated: February 22, 2016

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT