PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:   (925) 284-0840
Facsimile:   (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:   (559) 447-5700
Facsimile:   (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.
[Additional Attorneys Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>　　　　　Defendants. | Case No. CIV. 2-00-113 MCE-EFB<br><br>**STIPULATION AND [PROPOSED ORDER CONCERNING ADDITIONAL RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE SERICES INC.**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: October 17, 2016 |
| AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | |

Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO") and Plaintiff AMERIPRIDE SERVICES INC. ("AmerPride"), by and through their respective counsel, stipulate as follows:

In order to avoid the unnecessary introduction of voluminous documents and to streamline the trial process, the Parties stipulate to the following facts for the limited and sole purposes of this trial, and not to be used for any other purpose.

**STIPULATION**

1. AmeriPride has directly incurred $472,706.84 in additional investigation and remediation costs after the costs addressed in the Court's February 23, 2016 Order (ECF No. 1017) through April 2016. These costs are identified on Exhibit 1 to this stipulation.

2. AmeriPride has directly incurred $16,792.04 in additional regulatory oversight costs after the oversight costs addressed in the Court's February 23, 2016 Order ECF No. 1017) through March 2016. These costs are identified on Exhibit 1 to this stipulation.

3. For the purposes of this action only, the costs described in Paragraphs 1 and 2 are recoverable under Section 107(a)(4)(B) of the Comprehensive Environmental Response, Compensation, and Liability Act, 42 U.S.C. § 9607(a)(4)(B).

4. There are investigation and cleanup costs and oversight costs for which AmeriPride seeks recovery that are not included in this stipulation. AmeriPride reserves all of its rights in connection with such costs. TEO reserves all of its rights to object to such costs.

Date:   July 22, 2016            BASSI, EDLIN, HUIE & BLUM LLP


                                 By: /s/ Fred M. Blum
                                     FRED M. BLUM
                                     ERIN K. POPPLER
                                     Attorneys for Defendant
                                     TEXAS EASTERN OVERSEAS, INC.

2
STIPULATION AND ORDER CONCERNING RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE SERVICES INC.

Date: July 22, 2016          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Edward Garson
EDWARD GARSON
VINCENT J. ADAMS
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile:  (415) 434 1370
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date: July 22, 2016          HUNSUCKER GOODSTEIN PC

By: /s/ Brian L. Zagon
PHILIP C. HUNSUCKER
BRIAN L. ZAGON
Attorneys for Plaintiffs
AMERIPRIDE SERVICES INC.

Date: July 22, 2016          PERKINS MANN & EVERETT, APC

By: /s/ Lee N. Smith
LEE N. SMITH
Attorneys for Plaintiffs
AMERIPRIDE SERVICES INC.

**ORDER**

IT IS SO ORDERED.

Dated: July 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER CONCERNING RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE SERVICES INC.