PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:  (925) 284-0840
Facsimile:  (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:  (559) 447-5700
Facsimile:  (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM, ESQ. (SBN 101586)
ERIN K. POPPLER, ESQ. (SBN 267724)
VIVY D. DANG, ESQ. (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:  (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.
[Additional Attorneys Listed on Signature Page]

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. CIV. 2-00-113 MCE-DB<br><br>**STIPULATION AND ORDER TO AMEND JOINT PRETRIAL STATEMENT**<br><br>.<br><br>Trial Date: October 17, 2016<br>Complaint Filed: January 20, 2000 |

STIPULATION AND [PROPOSED] ORDER TO AMEND JOINT PRETRIAL STATEMENT

1  Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS
2  EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate
3  to amend their Exhibit Lists, as follows:

**RECITALS**

5  1.  On July 26, 2016 AmeriPride and TEO filed their Joint Pretrial Statement.
6  ECF No. 1050.
7  2.  Pursuant to the requirements of the Court's Pretrial Scheduling Order, ECF
8  No. 988, the Joint Pretrial Statement includes AmeriPride's list of exhibits AmeriPride
9  expects to offer, if necessary, at trial, and TEO's list of exhibits TEO expects to offer at
10 trial.  ECF No. 1050 at 78-94 and 104-191.
11 3.  Since filing the Joint Pretrial Statement, AmeriPride and TEO have met and
12 conferred in order to reduce the number of potential exhibits that may be offered at trial.
13 4.  The Parties agree that reducing the number of potential exhibits that may be
14 offered at trial will streamline the presentation of evidence at trial, and allow for a more
15 efficient trial.
16 5.  The Parties respectfully request the Court to allow AmeriPride and TEO each
17 to replace the exhibit lists filed with the Joint Pretrial Statement with the amended exhibit
18 lists attached hereto as Attachment 1 and Attachment 2.
19 6.  Pursuant to the requirements of the Court's Pretrial Scheduling Order, ECF
20 No. 988, the Joint Pretrial Statement includes undisputed and disputed facts identified as
21 relevant by the Parties.  ECF No. 1050 at 12-26 (Undisputed Facts) and 27-44 (Disputed
22 Facts).
23 7.  After meeting and conferring, the Parties agree that Undisputed Fact No. 143
24 should be revised in the Final Pretrial Order as follows:
25   a.  "The January 19, 2015 Map prepared by Burns & McDonnell, bearing
26       bates stamp number AM061842, as annotated by TEO's expert Gary
27       Hokkanen, and entered as Exhibit 95 to his January 20, 2016 deposition
28       is an accurate representation of the locations of buildings, water supply

        wells, monitoring wells, remediation wells, other samplings, and other relevant structures or locations.  Deposition Exhibit 95 is attached hereto as Appendix 4."

8. After meeting and conferring, the Parties agree that certain Disputed Facts are not genuinely in dispute, and should be listed as Undisputed Facts as follows:

    a. Disputed Facts Nos. 2, 7-13, 54, 84, and 90 are not genuinely in dispute.

9. Good cause exists for the Court to grant the Parties' request because it will (1) facilitate a more efficient trial; (2) encourage efficient pre-trial activities between the Parties; (3) will not prejudice the Parties or the Court and will not delay the case; and, (4) will not alter or affect the Parties' compliance with any other requirements in the Court's Pretrial Scheduling Order, ECF No. 988.

## STIPULATION

Based on the foregoing, the Parties stipulate as follows:

1. AmeriPride respectfully requests the Court replace the exhibit list filed with the Joint Pretrial Statement at ECF No. 1050 at 78-94 with the exhibit list attached hereto as Attachment 1.

2. TEO respectfully requests the Court replace the exhibit list filed with the Joint Pretrial Statement at ECF No. 1050 at 104-191 with the exhibit list attached hereto as Attachment 2.

3. The Parties respectfully request the Court include the exhibit lists attached hereto as Attachment 1 and Attachment 2 as part of the Court's Final Pretrial Order in lieu of the exhibit lists filed on July 25, 2016 with the Joint Pretrial Statement.

4. The Parties respectfully request the Court revise Undisputed Fact No. 143 in the Final Pretrial Order to read as follows:  "The January 19, 2015 Map prepared by Burns & McDonnell, bearing bates stamp number AM061842, as annotated by TEO's expert Gary Hokkanen, and entered as Exhibit 95 to his January 20, 2016 deposition is an accurate representation of the locations of buildings, water supply wells, monitoring wells, remediation wells, other samplings, and other relevant structures or locations.  Deposition

1  Exhibit 95 is attached hereto as Appendix 4."

2      5.    The Parties respectfully request the Court include in the list of Undisputed Facts to be set forth in the Final Pretrial Order the facts currently set forth in the Joint Pretrial Statement as Disputed Facts No. 2, 7-13, 54, 84, and 90.

Date: August 23, 2016    BASSI, EDLIN, HUIE & BLUM LLP

By:  /s/ Fred M. Blum
FRED M. BLUM
ERIN K. POPPLER
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date: August 23, 2016    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  /s/ Edward P. Garson
EDWARD P. GARSON (SBN 96786)
VINCENT J. ADAMS (SBN 249696)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone: (415) 433-0990
Facsimile: (415) 434 1370
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date: August 23, 2016    HUNSUCKER GOODSTEIN PC

By:  /s/ Brian L. Zagon
PHILIP C. HUNSUCKER
BRIAN L. ZAGON
MARC A. SHAPP
Attorneys for Plaintiffs
AMERIPRIDE SERVICES INC.

3

Date:   August 23, 2016				PERKINS MANN & EVERETT, APC


						By:   /s/ Lee N. Smith
						       LEE N. SMITH
						       Attorneys for Plaintiffs
						       AMERIPRIDE SERVICES INC.


## ORDER

Good cause appearing, the foregoing stipulation is hereby GRANTED.  The Court's forthcoming Final Pretrial Order will reflect the parties' stipulation.

IT IS SO ORDERED.

Dated:  August 25, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE