PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone: (559) 447-5700
Facsimile: (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

**FILED**

**OCT 19 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION AND ORDER RE ADMISSIBILITY OF ENVIRONMENTAL CONSULTANT DOCUMENTS**<br><br>Trial Date: October 17-19, 2016<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: January 20, 2000 |

1  Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS
2  EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate
3  as follows with respect to the admissibility of environmental consultant documents or
4  records:

**RECITALS**

6  1. AmeriPride and TEO each have designated certain documents and records
7  of environmental consultants as evidence to be introduced at trial;

8  2. AmeriPride and TEO agree that the trial will proceed more efficiently by
9  eliminating the need at trial to individually authenticate each environmental consultant
10 document and record on a party's exhibit list; and,

11 3. To facilitate a more efficient trial, AmeriPride and TEO have agreed to
12 stipulate to the foundation of the designated environmental consultant documents and
13 records listed below.

**STIPULATION**

15 Based on the foregoing, AmeriPride and TEO, through their respective counsel of
16 record, stipulate as follows:

17 1. The documents and records designated as AmeriPride's trial exhibits 11
18 through 81, 83 through 93, 95 through 133, 140 through 141, 143, 146 through 149, 157,
19 160, 162, and 168 (excluding any exhibits withdrawn by AmeriPride) are subject to this
20 Stipulation;

21 2. The documents and records designated as TEO's trial exhibits O, P, R
22 through W, AA, BB, HH, LL through NN, CCC through FFF, HHH through KKK, MMM
23 through 5U, 5W through 6B, 6D, 6I, 6K, 31V through 31Z, 33A, 33T, 33V through 34E,
24 34G, 34H, 34T, 34V, 34Y through 35D, 35O, 35P, 37G, 37U, 37V, 38N through 38Q, 38T
25 through 38X, 39A through 39K (except for the first page of Exhibits 38W, 39D, 39E, 39H,
26 39J, 39K) are subject to this Stipulation;
27 ///
28

1

3. AmeriPride and TEO shall not object to the exhibits listed in paragraphs 1 and 2 of this Stipulation to on the basis of lack of foundation because each document or record satisfies the requirements of authenticity under Federal Rule of Evidence 901;

4. AmeriPride and TEO shall not object to the exhibits listed in paragraphs 1 and 2 of this Stipulation on the basis of hearsay of the document itself under Federal Rule of Evidence 801;

5. Neither TEO nor AmeriPride will object to the introduction or use during trial by either party of any of the exhibits listed in paragraphs 1 and 2 of this Stipulation on the basis of lack of foundation, improper authentication, or hearsay of the document itself;

6. AmeriPride and TEO agree that the exhibits listed in paragraphs 1 and 2 of this Stipulation qualify as records of a regularly conducted activity subject to the exception to the rule against hearsay in Federal Rule of Evidence 803(6);

7. AmeriPride and TEO expressly reserve their rights to object to the documents or records subject to this Stipulation on any other grounds, including hearsay statements within the document itself; and,

8. This Stipulation does not apply to any objections to foundation, authenticity, and/or hearsay with respect to any handwriting on the exhibits covered by this Stipulation.

Date:   October 14, 2016                BASSI, EDLIN, HUIE & BLUM LLP


By:   /s/ Fred M. Blum
    FRED M. BLUM
    ERIN K. POPPLER
    Attorneys for Defendant
    TEXAS EASTERN OVERSEAS, INC.

Date:  October 14, 2016          HUNSUCKER GOODSTEIN PC


By:  /s/ Brian L. Zagon
     PHILIP C. HUNSUCKER
     BRIAN L. ZAGON
     MARC A. SHAPP
     Attorneys for Plaintiffs
     AMERIPRIDE SERVICES INC.


Date:  October 14, 2016          PERKINS MANN & EVERETT, APC


By:  /s/ Lee N. Smith
     LEE N. SMITH
     Attorneys for Plaintiffs
     AMERIPRIDE SERVICES INC.

**ORDER**

IT IS SO ORDERED.

Date: 10 · 19 · 16

HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE