PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:   (925) 284-0840
Facsimile:    (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:   (559) 447-5700
Facsimile:    (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.
[Additional Attorneys Listed on Signature Page]

**FILED**

OCT 19 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. CIV. 2-00-113 MCE-EFB<br><br>**STIPULATION AND ORDER RE ADMISSIBILITY OF PREVIOUSLY ADMITTED TRIAL EXHIBITS**<br><br>Trial Date: October 17, 2016<br>Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate as follows with respect to the admissibility of previously admitted exhibits:

## RECITALS

1. Beginning on January 25, 2012, the Court held a 12-day bench trial in this case ("2012 trial");

2. Over the course of the 2012 trial, the Court admitted into evidence 274 of AmeriPride's designated trial exhibits and 141 of TEO's designated trial exhibits.;

3. On August 29, 2016, the Court entered the Stipulation and Order to Amend Joint Pretrial Statement, ECF No. 1062, which included AmeriPride and TEO's amended list of exhibits that each party expects to offer, if necessary, at the trial currently scheduled to begin October 17, 2016 ("October 2016 trial"). In the amended exhibits lists the Parties identify each intended exhibit for the October 2016 trial that was previously admitted in 2012;

4. On August 29, 2016, the Court entered the Final Pretrial Order, ECF No. 1063, which includes AmeriPride and TEO's amended exhibit lists;

5. AmeriPride and TEO agree that the trial will proceed more efficiently by eliminating the need at trial to have the Court rule on the admissibility of documents that the Court already received into evidence if such documents are presented by AmeriPride or TEO during the October 2016 trial.

## STIPULATION

Based on the foregoing, AmeriPride and TEO, through their respective counsel of record, stipulate as follows:

1. AmeriPride and TEO's amended exhibit lists include some documents as intended trial exhibits that were received into evidence during the 2012 trial. For each such document, the exhibit description includes the clarification, "Previously admitted into evidence in the first trial as [PLAINTIFF/DEFENDANT]'s Exhibit [X]."

2. AmeriPride and TEO agree not to object to the admissibility of a previously-

1  admitted trial exhibit identified in the manner described in Stipulation Paragraph 1, except
2  for any previously admitted expert reports which are expressly excluded from this
3  Stipulation, and except for objections on the basis of relevance or that the designated trial
4  exhibit is not a true and correct copy of the previously-admitted exhibit it purports to be, or
5  by further agreement between the Parties with respect to certain exhibits.

6      3.    The foregoing applies irrespective of whether the designating party
7  designates a trial exhibit previously admitted as the other party's exhibit during the 2012
8  trial.

9  Date:   September 23, 2016        BASSI, EDLIN, HUIE & BLUM LLP

11          By: /s/ Fred M. Blum
        FRED M. BLUM
12          ERIN K. POPPLER
        Attorneys for Defendant
13          TEXAS EASTERN OVERSEAS, INC.

14  Date:   September 23, 2016        WILSON, ELSER, MOSKOWITZ, EDELMAN &
15          DICKER LLP

17          By: /s/ Edward P. Garson
        EDWARD P. GARSON (SBN 96786)
18          VINCENT J. ADAMS (SBN 249696)
        WILSON, ELSER, MOSKOWITZ, EDELMAN
19          & DICKER LLP
        525 Market Street, 17th Floor
20          San Francisco, California 94105-2725
        Telephone: (415) 433-0990
21          Facsimile:  (415) 434 1370
        Attorneys for Defendant
22          TEXAS EASTERN OVERSEAS, INC.

23  Date:   September 23, 2016        HUNSUCKER GOODSTEIN PC

25          By: /s/ Philip C. Hunsucker
26          PHILIP C. HUNSUCKER
        BRIAN L. ZAGON
        MARC A. SHAPP
27          Attorneys for Plaintiffs
28          AMERIPRIDE SERVICES INC.

Date:   September 23, 2016          PERKINS MANN & EVERETT, APC

By:  /s/ Lee N. Smith
     LEE N. SMITH
     Attorneys for Plaintiffs
     AMERIPRIDE SERVICES INC.

**ORDER**

IT IS SO ORDERED.

Date: 10·19·16

HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE