1  PHILIP C. HUNSUCKER (SBN 135860)
   BRIAN L. ZAGON (SBN 142403)
2  MARC SHAPP (SBN 266805)
   HUNSUCKER GOODSTEIN PC
3  3717 Mt. Diablo Blvd., Suite 200
   Lafayette, CA 94549
4  Telephone:   (925) 284-0840
   Facsimile:   (925) 284-0870
5
   LEE N. SMITH (SBN 138071)
6  PERKINS, MANN & EVERETT, APC
   7815 N. Palm Ave, Suite 200
7  Fresno, CA 93711
   Telephone:   (559) 447-5700
8  Facsimile:   (559) 447-5600

9  Attorneys for Plaintiff
   AMERIPRIDE SERVICES INC.
10
   FRED M. BLUM (SBN 101586)
11 ERIN K. POPPLER (SBN 267724)
   VIVY D. DANG (SBN 297714)
12 BASSI, EDLIN, HUIE & BLUM LLP
   500 Washington Street, Suite 700
13 San Francisco, CA 94111
   Telephone:   (415) 397-9006
14 Facsimile:   (415) 397-1339

15 Attorneys for Defendant
   TEXAS EASTERN OVERSEAS, INC.
16 [Additional Attorneys Listed on Signature Page]

17

18             UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF CALIFORNIA
19

20 AMERIPRIDE SERVICES INC., a          Case No. CIV. 2-00-113 MCE-DB
   Delaware corporation,
21                                       STIPULATION AND ORDER RE
               Plaintiff,                SUBMISSION OF EVIDENCE OF
22                                       AMERIPRIDE'S ADDITIONAL
                                         RESPONSE COSTS
23 vs.

24 VALLEY INDUSTRIAL SERVICES, INC.,
   a former California Corporation, et al.   Trial Date: October 17, 2016
25                                           Complaint Filed: January 20, 2000
               Defendants.
26

27 AND CONSOLIDATED ACTION AND
   CROSS AND COUNTER-CLAIMS.
28

FILED

OCT 19 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

1    Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS

2  EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate

3  as follows with respect to response costs incurred and to be incurred by AmeriPride prior

4  to entry of judgment after the October 2016 trial but following the presentation of evidence

5  at trial of this remanded action:

6                                   **RECITALS**

7    1.    The cleanup work at the site is ongoing. AmeriPride alleges that it continues

8  to incur additional response costs. AmeriPride's consultant regularly sends AmeriPride an

9  invoice for this work the month after the month in which the work was performed.  Invoices

10  for regulatory oversight costs are typically sent to AmeriPride on a quarterly basis, and

11  cover the previous quarter;

12    2.    After the Court's May 11, 2011 summary judgment order, ECF No. 735 at

13  46-47, the Parties stipulated on three different occasions to additional amounts AmeriPride

14  incurred for investigation and remediation, and regulatory oversight costs ("response

15  costs") that are recoverable under Section 107(a)(4)(B) of the Comprehensive

16  Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §

17  9607(a)(4)(B).  ECF Nos. 864, 1017, and 1052.  These stipulations were reached after

18  AmeriPride produced the invoices to TEO and TEO had the opportunity to review the

19  invoices;

20    3.    In addition to the incurred response costs stipulated to as identified in

21  paragraph 2, AmeriPride sought to recover approximately $782,000 in additional response

22  costs that AmeriPride incurred before the Court entered declaratory judgment against TEO

23  after the 2012 trial, but for which AmeriPride did not tender proof to the Court or to TEO

24  prior to the Court's April 20, 2012 Order.  On July 13, 2016, the Court ruled on summary

25  judgment that AmeriPride cannot recover the approximately $782,000 in additional

26  response costs (ECF No. 1039at 23:1-24:12);

27    4.    The same issue will present itself at the trial set for October 17, 2016.

28

                                        1

1  Because the cleanup of the site is ongoing, AmeriPride continues to incur response costs
2  on a monthly basis.  This means that there inevitably will be a gap between when the last
3  recoverable response cost proved at trial will have been incurred, and when the Court
4  enters its decision and then judgment after trial;

5       5.       AmeriPride intends to produce to TEO invoices for additional response costs
6  incurred by AmeriPride after the latest time when AmeriPride is able to receive an invoice
7  for such costs and obtain proof that the invoice has been paid in time for the exchange of
8  trial exhibits on October 3, 2016 prior to the October 17, 2016 trial for TEO to evaluate and
9  to consider whether it is appropriate to enter a further stipulation as to the recoverability of
10  these costs under CERCLA Section 107(a)(4)(B).

11                              **STIPULATION**

12       Based on the foregoing, AmeriPride and TEO, through their respective counsel of
13  record, stipulate as follows:

14       1.       The Parties request the Court provide a reasonable amount of time not to
15  exceed thirty (30) days after the Court's decision following trial but before the Court enters
16  its judgment, for AmeriPride to provide to TEO, for TEO's evaluation, any additional
17  invoices for response costs which AmeriPride incurred after the latest time when
18  AmeriPride is able to receive an invoice for such costs and obtain proof that the invoice
19  has been paid in time for the exchange of trial exhibits on October 3, 2016 prior to the
20  October 2016 trial;

21              a. TEO will have fourteen (14) days from the date AmeriPride provides it
22                  with proof of AmeriPride's additional response costs to evaluate whether
23                  the costs are recoverable under CERCLA Section 107(a)(4)(B);
24              b. If TEO accepts AmeriPride's proof then the Parties will stipulate as to the
25                  amount of additional response costs recoverable by AmeriPride under
26                  CERCLA Section 107(a)(4)(B), as they previously have in this action;
27              c. If, after conferring in good faith, the Parties cannot agree to the amount of

28

2

1    additional response costs recoverable by AmeriPride under CERCLA

2    Section 107(a)(4)(B), the Parties request the Court permit the Parties to

3    each submit briefs that do not exceed seven (7) pages (not including

4    supporting evidence) for the Court to consider and resolve the dispute

5    before entry of the judgment;

6    2.    For any response costs determined to be recoverable by AmeriPride

7    according to the procedures set forth in Paragraph 1 of this Stipulation, the amount of such

8    response costs shall be included in the Court's calculation of the response costs directly

9    incurred by AmeriPride and recoverable under CERCLA Section 107(a)(4)(B);

10   3.    Any response costs incurred by AmeriPride after the last costs subject to

11   TEO's review pursuant to Stipulation Paragraph 1 herein and before the Court enters

12   judgment after the October 2016 trial are deemed to be "further response costs" subject to

13   the declaratory judgment provision in CERCLA Section 113(g)(2);

14   4.    TEO's agreement to enter this Stipulation is not an admission nor may it be

15   used as evidence that the procedure set forth herein can or should be used on any future

16   occasion.

17   Date:   October 5, 2016                BASSI, EDLIN, HUIE & BLUM LLP
18

19

20                                         By:   /s/ Fred M. Blum
                                                 FRED M. BLUM
21                                               ERIN K. POPPLER
                                                 Attorneys for Defendant
22                                               TEXAS EASTERN OVERSEAS, INC.

     Date:   October 5, 2016                HUNSUCKER GOODSTEIN PC
23

24

25                                         By:   /s/ Brian L. Zagon
                                                 PHILIP C. HUNSUCKER
26                                               BRIAN L. ZAGON
                                                 MARC A. SHAPP
27                                               Attorneys for Plaintiffs
                                                 AMERIPRIDE SERVICES INC.
28

                                            3
─────────────────────────────────────────────────────────────

Date:   October 5, 2016                    PERKINS MANN & EVERETT, APC


                                           By:   /s/ Lee N. Smith
                                                 LEE N. SMITH
                                                 Attorneys for Plaintiffs
                                                 AMERIPRIDE SERVICES INC.


                                           **ORDER**

        IT IS SO ORDERED.

Date:   _10·19·16_____


                                           HON. MORRISON C. ENGLAND, JR.
                                           UNITED STATES DISTRICT JUDGE

4

STIPULATION AND ORDER RE AMERIPRIDE'S ADDITIONAL RESPONSE COSTS
Case No. CIV. 2-00-113 MCE-DB