PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone: (559) 447-5700
Facsimile: (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

**FILED**
OCT 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION AND ORDER RE ADMISSIBILITY OF PUBLIC AGENCY DOCUMENT EVIDENCE**<br><br>Trial Date: October 17-19, 2016<br>Time: 9:00 a.m.<br>Courtroom: 7<br>Judge: Hon. Morrison C. England, Jr.<br><br>Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate as follows with respect to the admissibility of public agency documents or records:

**RECITALS**

1. AmeriPride and TEO each have designated certain public agency documents and records as evidence to be introduced at trial;

2. AmeriPride and TEO agree that the trial will proceed more efficiently by eliminating the need at trial to individually authenticate each public agency document and record on a party's exhibit list;

3. To facilitate a more efficient trial, AmeriPride and TEO have agreed to stipulate to the foundation of the documents and records on each party's respective exhibit list that purport to have been created by the following public agencies:

   a. California Department of Health Services ("DHS");
   b. California Department of Toxic Substances Control ("DTSC");
   c. California Regional Water Quality Control Board, Central Valley Region ("RWQCB");
   d. Sacramento County Environmental Management Department ("SCEMD"); and,
   e. Sacramento Regional County Sanitation District ("SCSD").

**STIPULATION**

Based on the foregoing, AmeriPride and TEO, through their respective counsel of record, stipulate as follows:

1. All documents and records on each party's respective exhibit list that purport to have been created by DHS, DTSC, RWQCB, SCEMD, or SCSD are subject to this Stipulation;

///

///

2.	Each of the public agency documents or records subject to this Stipulation will not be objected to on the basis of lack of foundation because each document or record satisfies the requirements of authenticity under Federal Rule of Evidence 901;

3.	Each of the public agency documents or records subject to this Stipulation will not be objected to on the basis of hearsay of the document itself under Federal Rule of Evidence 801;

4.	Neither TEO nor AmeriPride will object to the introduction or use during trial by either party of any of the documents or records subject to this Stipulation on the basis of lack of foundation, improper authentication, or hearsay of the document itself;

5.	AmeriPride and TEO agree that the documents or records subject to this Stipulation qualify as records of a regularly conducted activity subject to the exception to the rule against hearsay in Federal Rule of Evidence 803(6);

6.	AmeriPride and TEO expressly reserve their rights to object to the documents or records subject to this Stipulation on any other grounds, including hearsay statements within the document itself; and,

7.	This Stipulation does not apply to any objections to foundation and/or authenticity, with respect to any handwriting on the exhibits covered by this Stipulation.

Date:   October 14, 2016            BASSI, EDLIN, HUIE & BLUM LLP


By:   /s/ Fred M. Blum
FRED M. BLUM
ERIN K. POPPLER
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date:   October 14, 2016            HUNSUCKER GOODSTEIN PC


By:   /s/ Brian L. Zagon
PHILIP C. HUNSUCKER
BRIAN L. ZAGON
MARC A. SHAPP
Attorneys for Plaintiffs
AMERIPRIDE SERVICES INC.

2

Date:   October 14, 2016        PERKINS MANN & EVERETT, APC

By:   /s/ Lee N. Smith
      LEE N. SMITH
      Attorneys for Plaintiffs
      AMERIPRIDE SERVICES INC.

**ORDER**

IT IS SO ORDERED.

Date:   10 · 19 · 16

HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE