PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:  (925) 284-0840
Facsimile:   (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:  (559) 447-5700
Facsimile:   (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM, ESQ. (SBN 101586)
ERIN K. POPPLER, ESQ. (SBN 267724)
VIVY D. DANG, ESQ. (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

**FILED**
OCT 19 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., <br><br> Plaintiffs, <br><br> vs. <br><br> VALLEY INDUSTRIAL SERVICES, INC., a former California corporation, et al., <br><br> Defendants. | Case No. 2:00-cv-00113-MCE-DB <br><br> **STIPULATION AND ORDER REGARDING TESTIMONY OF JAMES WARNER, PETER MESARD, AND JEFFREY HICKS** <br><br> Trial Date:   October 17-19, 2016 <br> Time:         9:00 a.m. <br> Courtroom:  7 <br> Judge: Hon. Morrison C. England, Jr. <br><br> Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO") (collectively, the "Parties"), by and through their respective counsel, stipulate with respect to the testimony of James Warner, Peter Mesard, and Jeffrey Hicks, as follows:

**STIPULATION**

1. Pursuant to the Final Pretrial Order, the Court has set a three (3) day bench trial for Monday, October 17, 2016 through Wednesday, October 19, 2016.

2. To expedite the trial, the Parties previously stipulated to a procedure for submitting deposition testimony at trial. Dkt. 1058.[1] The Parties' stipulation was adopted as an order of this Court on August 10, 2016 ("Order"). Id.

3. Both AmeriPride and TEO have designated testimony from the 2006 depositions of Peter Mesard and Jeffrey Hicks for use at trial pursuant to the Order. The Parties have also filed objections and counter-designations to the testimony designated by each party. Dkts. 1066 and 1068.

4. AmeriPride and TEO have designated or counter-designated testimony from the 2012 trial in this case by TEO's then-expert, James Warner. See Dkts. 1068 and 1068-1.

5. With respect to the 2012 trial testimony of James Warner, and the deposition testimony of Peter Mesard and Jeffrey Hicks, AmeriPride and TEO agree that they will withdraw their objections to these transcripts based on the grounds that these three witnesses were not disclosed as experts in accordance with Federal Rule of Civil Procedure 26(a)(2) and the Court's July 20, 2015 Pretrial Scheduling Order (Dkt. 988). The Parties agree to not object to the transcripts at trial based on this ground. Further, the parties will withdraw their objections to the transcripts on the grounds that they are hearsay.

///

---

[1] "Dkt." refers to the Court's ECF Docket number for this case.

1

STIPULATION AND ORDER REGARDING TESTIMONY OF JAMES WARNER, PETER MESARD, AND JEFFREY HICKS
Case No. 2:00-cv-00113-MCE-DB

6. However, AmeriPride and TEO do not waive their objections to any specific designations within the transcripts of James Warner, Peter Mesard, and Jeffrey Hicks.

7. With respect to the transcripts of James Warner's 2012 trial testimony, AmeriPride and TEO agree not to object to the use of Mr. Warner's 2012 trial testimony on the grounds that it is not deposition testimony subject to the Order. Subject to any objections made under Paragraph 6 of this Stipulation, the Parties request the Court to receive the designated portions of Mr. Warner's 2012 trial testimony in lieu of live testimony.

8. Good cause exists for the Court to grant the request because: (1) the use of designated testimony will facilitate a more efficient trial; (2) the agreement will encourage efficient pretrial activities between Parties; (3) the agreement will not prejudice the Parties or the Court and will not delay the case; and (4) the stipulation will not affect the Parties' compliance with any other requirements in the Court's Final Pretrial Order.

Date:  October 14, 2016                BASSI, EDLIN, HUIE & BLUM LLP


                                       By: __/s/ Fred M. Blum_____
                                           FRED M. BLUM
                                           ERIN K. POPPLER
                                           Attorneys for Defendant
                                           TEXAS EASTERN OVERSEAS, INC.


Date:  October 14, 2016                HUNSUCKER GOODSTEIN PC


                                       By: __/s/ Brian L. Zagon_____
                                           PHILIP C. HUNSUCKER
                                           BRIAN L. ZAGON
                                           MARC A. SHAPP
                                           Attorneys for Plaintiffs
                                           AMERIPRIDE SERVICES INC.

Date:   October 14, 2016                    PERKINS MANN & EVERETT, APC

                                            By:   /s/ Lee N. Smith
                                                  LEE N. SMITH
                                                  Attorneys for Plaintiffs
                                                  AMERIPRIDE SERVICES INC.

**ORDER**

IT IS SO ORDERED.

Date:   10.19.16

_____
HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE