1  PHILIP C. HUNSUCKER (SBN 135860)
   BRIAN L. ZAGON (SBN 142403)
2  MARC SHAPP (SBN 266805)
   HUNSUCKER GOODSTEIN PC
3  3717 Mt. Diablo Blvd., Suite 200
   Lafayette, CA 94549
4  Telephone:   (925) 284-0840
   Facsimile:   (925) 284-0870
5
   LEE N. SMITH (SBN 138071)
6  PERKINS, MANN & EVERETT, APC
   7815 N. Palm Ave, Suite 200
7  Fresno, CA 93711
   Telephone:   (559) 447-5700
8  Facsimile:   (559) 447-5600

9  Attorneys for Plaintiff
   AMERIPRIDE SERVICES INC.
10
   FRED M. BLUM (SBN 101586)
11 ERIN K. POPPLER (SBN 267724)
   VIVY D. DANG (SBN 297714)
12 BASSI, EDLIN, HUIE & BLUM LLP
   500 Washington Street, Suite 700
13 San Francisco, CA 94111
   Telephone:   (415) 397-9006
14 Facsimile:   (415) 397-1339

15 Attorneys for Defendant
   TEXAS EASTERN OVERSEAS, INC.
16 [Additional Attorneys Listed on Signature Page]

17             **UNITED STATES DISTRICT COURT**
18             **EASTERN DISTRICT OF CALIFORNIA**

19

20 AMERIPRIDE SERVICES INC., a Delaware
   corporation,
21                                              Case No. 2:00-cv-00113 MCE-DB
                Plaintiff,
22                                              **STIPULATION AND ORDER**
   vs.                                          **CONCERNING ADDITIONAL**
23                                              **RESPONSE COSTS DIRECTLY**
                                                **INCURRED BY AMERIPRIDE SERVICES**
24 VALLEY INDUSTRIAL SERVICES, INC., a          **INC.**
   former California Corporation, et al.
25                                              Trial Date:   October 17-19, 2016
                Defendants.                     Time:         9:00 a.m.
26                                              Courtroom:   7
                                                Judge:  Hon. Morrison C. England, Jr.
27 ──────────────────────────────
   AND CONSOLIDATED ACTION AND                  Complaint Filed: January 20, 2000
28 CROSS AND COUNTER-CLAIMS.

FILED

OCT 19 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
          DEPUTY CLERK

1  |  Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO") and Plaintiff

2  |  AMERIPRIDE SERVICES INC. ("AmerPride"), by and through their respective counsel,

3  |  stipulate as follows:

4  |  In order to avoid the unnecessary introduction of voluminous documents and to

5  |  streamline the trial process, the Parties stipulate to the following facts for the limited and

6  |  sole purposes of this trial, and not to be used for any other purpose.

7  |  **STIPULATION**

8  |  1.      AmeriPride has directly incurred $173,463.08 in additional investigation and

9  |  remediation costs after the costs addressed in the Court's August 1, 2016 Order (ECF No.

10  |  1052) through August 2016.  These costs are identified on Exhibit 1 to this stipulation.

11  |  2.      For the purposes of this action only, the costs described in Paragraph 1 are

12  |  recoverable under Section 107(a)(4)(B) of the Comprehensive Environmental Response,

13  |  Compensation, and Liability Act, 42 U.S.C. § 9607(a)(4)(B).

14  |  3.      There are investigation and cleanup costs and oversight costs for which

15  |  AmeriPride seeks recovery that are not included in this stipulation.  AmeriPride reserves

16  |  all of its rights in connection with such costs.  TEO reserves all of its rights to object to

17  |  such costs.

18  |  Date:   October 14, 2016                    BASSI, EDLIN, HUIE & BLUM LLP

19

20  |  By:   /s/ Fred M. Blum
       FRED M. BLUM

21  |  ERIN K. POPPLER
       Attorneys for Defendant

22  |  TEXAS EASTERN OVERSEAS, INC.

2

STIPULATION AND ORDER CONCERNING RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE SERVICES INC.
Case No. 2:00-cv-00113 MCE-DB

Date:   October 14, 2016          PERKINS MANN & EVERETT, APC


By:   /s/ Lee N. Smith
     LEE N. SMITH
     Attorneys for Plaintiffs
     AMERIPRIDE SERVICES INC.


**ORDER**

IT IS SO ORDERED.

Date:   _10 · 19 · 16_

HON. MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER CONCERNING RESPONSE COSTS DIRECTLY INCURRED BY AMERIPRIDE
SERVICES INC.
Case No. 2:00-cv-00113 MCE-DB