PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:  (925) 284-0840
Facsimile:  (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:  (559) 447-5700
Facsimile:  (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:  (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

**FILED OCT 19 2016 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al. <br><br> Defendants. <br><br> AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB <br><br> **STIPULATION AND ORDER RE TRIAL EXHIBITS TO WHICH NO OBJECTION WAS RAISED** <br><br> Trial Date: October 17-19, 2016 <br> Time: 9:00 a.m. <br> Courtroom: 7 <br> Judge: Hon. Morrison C. England, Jr. <br><br> Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate as follows with respect to the admissibility of public agency documents or records:

## RECITALS

1. AmeriPride and TEO each designated certain documents and records as evidence to be introduced at trial, see ECF No. 1063-1 at 5-28 and 29-108;

2. On October 11, 2016, AmeriPride and TEO each filed and served objections to some but not all of the other party's trial exhibits, see ECF Nos. 1087 and 1089;

3. To facilitate a more efficient trial, AmeriPride and TEO have agreed to stipulate to the admissibility of all exhibits to which objections were not raised by the parties on October 11, 2016;

4. On the first day of trial, the Court agreed to allow the parties to jointly move into evidence all of the exhibits to which objections were not raised.

## STIPULATION

Based on the foregoing, AmeriPride and TEO, through their respective counsel of record, stipulate as follows:

1. All documents and records on each party's respective exhibit list to which the other party did not object on October 11, 2016 are admissible evidence;

2. Each of the exhibits subject to this Stipulation on AmeriPride's Exhibit List are listed on the attached **Exhibit A**;

3. Each of the exhibits subject to this Stipulation on TEO's Exhibit List are listed on the attached **Exhibit B**;

4. AmeriPride and TEO jointly request that the Court receive into evidence all of the exhibits listed on **Exhibit A** and **Exhibit B**.

Date:   October 18, 2016                    BASSI, EDLIN, HUIE & BLUM LLP


By:   */s/ Erin Poppler*
       FRED M. BLUM
       ERIN K. POPPLER

1

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date:  October 18, 2016         HUNSUCKER GOODSTEIN PC

By: */s/ Marc Shapp*
    PHILIP C. HUNSUCKER
    BRIAN L. ZAGON
    MARC A. SHAPP
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

Date:  October 18, 2016         PERKINS MANN & EVERETT, APC

By: */s/ Lee Smith*
    LEE N. SMITH
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

**ORDER**

IT IS SO ORDERED.

Date: 10.19.16

HON. MORRISON C. ENGLAND, JR.
JUDGE, UNITED STATES DISTRICT COURT