PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:    (925) 284-0840
Facsimile:    (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:    (559) 447-5700
Facsimile:    (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:    (415) 397-9006
Facsimile:    (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION AND ORDER RE ADMISSION OF DEMONSTRATIVE EXHIBITS**<br><br>Trial Date:    October 17-19, 2016<br>Time:         9:00 a.m.<br>Courtroom:    7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate as follows with respect to the admission of demonstrative exhibits:

## RECITALS

1. On October 17 through October 19, 2016, the Court held a bench trial in this matter (the "Trial");

2. During the course of the Trial, AmeriPride and TEO each displayed certain demonstrative exhibits;

3. To facilitate the Court's consideration of the evidence produced during the Trial, AmeriPride and TEO have agreed to stipulate to the admissibility of demonstrative exhibits as evidence.

## STIPULATION

Based on the foregoing, AmeriPride and TEO, through their respective counsel of record, stipulate as follows:

1. Each of AmeriPride's demonstrative exhibits subject to this Stipulation are included in the attached **Exhibit A**;

2. Each of TEO's demonstrative exhibits subject to this Stipulation are included in the attached **Exhibit B**;

3. AmeriPride and TEO jointly request that the Court receive into evidence all of the exhibits included in **Exhibit A** and **Exhibit B**.

Date:  November 2, 2016         BASSI, EDLIN, HUIE & BLUM LLP


By:  /s/ Fred M. Blum
FRED M. BLUM
ERIN K. POPPLER
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Date:   November 2, 2016          HUNSUCKER GOODSTEIN PC


By:   /s/ Brian L. Zagon
    PHILIP C. HUNSUCKER
    BRIAN L. ZAGON
    MARC A. SHAPP
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.


Date:   November 2, 2016          PERKINS MANN & EVERETT, APC


By:   /s/ Lee N. Smith
    LEE N. SMITH
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

**ORDER**

Based on the parties' stipulation, the Court hereby receives into evidence the demonstrative exhibits included in Exhibits A and B attached to the above stipulation, filed with the Court at ECF No. 1121.

IT IS SO ORDERED.

Dated:  November 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE