PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:   (925) 284-0840
Facsimile:   (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:   (559) 447-5700
Facsimile:   (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION AND ORDER RE ADMISSION OF VIDEO DEPOSITION EXCERPTS PRESENTED AT TRIAL**<br><br>Trial Date:　October 17-19, 2016<br>Time:　9:00 a.m.<br>Courtroom:　7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate as follows with respect to the admission of deposition testimony of Gary Hokkanen shown by video at trial:

**RECITALS**

1. On October 17 through October 19, 2016, the Court held a bench trial in this matter (the "Trial");

2. During the course of the Trial, AmeriPride presented two excerpts of the video deposition of TEO's expert, Gary Hokkanen, designated "clip H70" and "clip 37";

3. At the time the first deposition excerpt was presented during the Trial, and at the request of the Court, AmeriPride and TEO agreed to stipulate to the submission of such deposition clips in lieu of them being transcribed by the court reporter.

**STIPULATION**

Based on the foregoing, AmeriPride and TEO, through their respective counsel of record, stipulate as follows:

1. The portion of the deposition transcript of the deposition of Gary Hokkanen that corresponds to clip H70 presented during the Trial is set forth in the attached **Exhibit A**;

2. The portion of the deposition transcript of the deposition of Gary Hokkanen that corresponds to clip 37 presented during the Trial is included in the attached **Exhibit B**;

3. AmeriPride and TEO jointly request that the Court receive into evidence the deposition testimony included in **Exhibit A** and **Exhibit B**.

Date:   November 2, 2016		BASSI, EDLIN, HUIE & BLUM LLP


		By:   /s/ Fred M. Blum
		FRED M. BLUM
		ERIN K. POPPLER
		Attorneys for Defendant
		TEXAS EASTERN OVERSEAS, INC.

Date: November 2, 2016                HUNSUCKER GOODSTEIN PC

By:   /s/ Brian L. Zagon
    PHILIP C. HUNSUCKER
    BRIAN L. ZAGON
    MARC A. SHAPP
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

Date: November 2, 2016                PERKINS MANN & EVERETT, APC

By:   /s/ Lee N. Smith
    LEE N. SMITH
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

## ORDER

Based on the parties' stipulation, the Court hereby receives into evidence the deposition testimony included in Exhibits A and B attached to the above stipulation, filed with the Court at ECF No. 1122.

IT IS SO ORDERED.

Dated: November 10, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE