PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:  (925) 284-0840
Facsimile:   (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:  (559) 447-5700
Facsimile:   (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:  (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>　　　　　Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION AND ORDER RE RECEIVING ADDITOINAL TEO TRIAL EXHIBITS INTO EVIDENCE**<br><br>Trial Date:　October 17-19, 2016<br>Time:　　　 9:00 a.m.<br>Courtroom:　7<br>Judge:  Hon. Morrison C. England, Jr.<br><br>Complaint Filed: January 20, 2000 |

Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride") and Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO"), by and through their respective counsel, stipulate as follows with respect to the admission of demonstrative exhibits:

## RECITALS

1. On October 3, 2016, AmeriPride and TEO exchanged copies of their respective trial exhibits, see ECF No. 1063-1 at 5-28 and 29-108;

2. On October 11, 2016, AmeriPride and TEO each filed and served objections to some but not all of the other party's trial exhibits, see ECF Nos. 1087 and 1089;

3. On October 17 through October 19, 2016, the Court held a bench trial in this matter (the "Trial");

4. On October 19, 2016, the Court ordered that all of the exhibits to which objections were not raised would be received into evidence, ECF No. 1110;

5. On October 19, 2016, TEO stated at the Trial that it intended to move additional exhibits into evidence to which AmeriPride raised objections;

6. The Court has ordered AmeriPride and TEO to file with the Court a list of additional exhibits TEO intends to move into evidence;

## STIPULATION

Based on the foregoing, AmeriPride and TEO, through their respective counsel of record, stipulate as follows:

1. All of the documents or records TEO intends to move into evidence subject to this Stipulation are included in the attached **Exhibit A**;

2. AmeriPride timely objected to each of the exhibits identified in **Exhibit A** on the grounds stated in its objections to TEO's trial exhibits (ECF No. 1089);

3. The Court has overruled AmeriPride's objections to the exhibits identified on **Exhibit A** and the exhibits listed in **Exhibit A** are to be received into evidence.

Date:   November 3, 2016          BASSI, EDLIN, HUIE & BLUM LLP

By:   /s/ Fred M. Blum
    FRED M. BLUM
    ERIN K. POPPLER
    Attorneys for Defendant
    TEXAS EASTERN OVERSEAS, INC.


Date:   November 3, 2016          HUNSUCKER GOODSTEIN PC

By:   /s/ Brian L. Zagon
    PHILIP C. HUNSUCKER
    BRIAN L. ZAGON
    MARC A. SHAPP
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.


Date:   November 3, 2016          PERKINS MANN & EVERETT, APC

By:   /s/ Lee N. Smith
    LEE N. SMITH
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

**ORDER**

Based on the parties' stipulation, the Court hereby receives into evidence TEO's additional trial exhibits, included in Exhibit A attached to the above stipulation, filed with the Court at ECF No. 1123.  The Court adopts this Exhibit A, in conjunction with Exhibits A and B attached to the parties' Joint Filing of Trial Exhibits Admitted Into Evidence By Stipulation (ECF No. 1116) as the final list of admitted trial exhibits.

IT IS SO ORDERED.

Dated:  November 10, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE