FRED M. BLUM, ESQ. (SBN 101586)
fblum@behblaw.com
ERIN K. POPPLER, ESQ. (SBN 267724)
epoppler@behblaw.com
VIVY D. DANG, ESQ. (SBN 297714)
vdang@behblaw.com
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC.,<br>a former California corporation, et al.,<br><br>　　　　Defendants. | Case No. 2:00-cv-00113-MCE-EFB<br><br>**DEFENDANT TEXAS EASTERN OVERSEAS, INC.'S REQUEST AND ORDER TO SEAL DOCUMENTS**<br><br>Trial Date:  October 17-19, 2016<br>Closing Argument: November 15, 2016<br><br>Judge:  Hon. Morrison C. England, Jr. |

1913518

1

Pursuant to Local Rule 141 and the Stipulation and Protective Order entered by the Court on January 12, 2017, Defendant <u>TEXAS EASTERN OVERSEAS, INC.</u> ("TEO"), by and through its respective counsel, respectfully submits this request for the Court to enter an order sealing the documents listed below. Dkt. 1139.[1]

The documents to be approved for filing under seal include: (1) Defendant Texas Eastern Overseas, Inc.'s Post-Trial Brief Regarding the Method to Credit Plaintiff AmeriPride Services Inc.'s ("AmeriPride") Settlement for Response Costs; (2) the Declaration of Erin Poppler in Support of Defendant Texas Eastern Overseas, Inc.'s Post-Trial Brief Re the Method to Credit AmeriPride's Settlement for Response Costs, and Exhibit A thereto. The total number of pages to be sealed is twenty-three (23) pages.

TEO requests that the documents be sealed indefinitely, unless the parties to this Action agree otherwise or as ordered by the Court. The only persons permitted access to the sealed documents, other than the Court and its personnel, will be those who have been granted access by AmeriPride and have completed the "Acknowledgment And Agreement To Be Bound," attached as Exhibit A to the Stipulation and Protective Order, Dkt. 1139.

The basis for sealing these documents is the confidential nature of the materials, as set forth in the Stipulation and Protective Order, Dkt. 1139.

---

[1] "Dkt." refers to the Court's ECF Docket number for this action.

1913518

The Request and Proposed Order to Seal Documents, the accompanying Notice, and all documents covered by the request are being served on all parties on the same day as this notice.

Date:  January 23, 2017          BASSI, EDLIN, HUIE & BLUM LLP


By:  /s/ ERIN K. POPPLER
_____
FRED M. BLUM
ERIN K. POPPLER
VIVY D. DANG
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

## ORDER

Defendant Texas Eastern Overseas, Inc.'s request is GRANTED.  The following documents are approved for filing under seal: (1) Defendant Texas Eastern Overseas, Inc.'s Post-Trial Brief Regarding the Method to Credit Plaintiff AmeriPride Services, Inc.'s Settlement for Response Costs; (2) the Declaration of Erin Poppler in Support of Defendant Texas Eastern Overseas, Inc.'s Post-Trial Brief Re the Method to Credit Plaintiff AmeriPride Services, Inc.'s Settlement for Response Costs, and Exhibit A thereto.

IT IS SO ORDERED.

Dated:  January 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1913518