PHILIP C. HUNSUCKER (SBN: 135860)
BRIAN L. ZAGON (SBN: 142403)
MARC A. SHAPP (SBN: 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870
Email:  phunsucker@hgnlaw.com
        bzagon@hgnlaw.com
        mshapp@hgnlaw.com

LEE N. SMITH (SBN: 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, California 93711-5531
Telephone: (559) 447-5700
Facsimile: (559) 447-5600
Email: lnsmith@pmelaw.com

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>       Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**ORDER GRANTING PLAINTIFF AMERIPRIDE SERVICES INC.'S REQUEST TO SEAL DOCUMENTS**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Trial Date: October 17-19, 2016<br>Complaint Filed: January 20, 2000 |

The Court, having considered AmeriPride Services Inc.'s Request to Seal Documents, and good cause appearing, GRANTS AmeriPride Services Inc.'s request. The following documents are approved for filing under seal: AmeriPride's Supplemental Brief, and Exhibit 1 thereto.

IT IS SO ORDERED.

Dated: January 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE