1    FRED M. BLUM, ESQ. (SBN 101586)
     fblum@behblaw.com
2    ERIN K. POPPLER, ESQ. (SBN 267724)
     epoppler@behblaw.com
3    VIVY D. DANG, ESQ. (SBN 297714)
     vdang@behblaw.com
4    BASSI, EDLIN, HUIE & BLUM LLP
     500 Washington Street, Suite 700
5    San Francisco, CA 94111
     Telephone:  (415) 397-9006
6    Facsimile:   (415) 397-1339

7    Attorneys for Defendant
     TEXAS EASTERN OVERSEAS, INC.
8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12

13   AMERIPRIDE SERVICES INC.,                    )   Case No. 2:00-cv-00113-MCE-EFB
                                                   )
14              Plaintiffs,                        )   **DEFENDANT TEXAS EASTERN**
                                                   )   **OVERSEAS, INC.'S REQUEST AND**
15         vs.                                     )   **ORDER TO SEAL DOCUMENTS**
                                                   )
16   VALLEY INDUSTRIAL SERVICES, INC.,             )
     a former California corporation, et al.,      )
17                                                 )   Trial Date:  October 17-19, 2016
                                                   )   Closing Argument: November 15, 2016
18              Defendants.                        )
                                                   )   Judge:  Hon. Morrison C. England
19                                                 )
                                                   )
20                                                 )

21

22

23

24

25

26

27

28
     1928134

                                           1
─────────────────────────────────────────────────────────────────────
     DEFENDANT TEXAS EASTERN OVERSEAS, INC.'S REQUEST AND ORDER TO SEAL DOCUMENTS

1    Pursuant to Local Rule 141 and the Stipulation and Protective Order entered by

2 the Court on January 12, 2017, Defendant TEXAS EASTERN OVERSEAS, INC.

3 ("TEO"), by and through its respective counsel, respectfully submits this request for the

4 Court to enter an order sealing the documents listed below.  Dkt. 1139.[1]

5    The document to be approved for filing under seal is: Defendant Texas Eastern

6 Overseas, Inc.'s Response to Plaintiff AmeriPride Services Inc.'s ("AmeriPride")

7 Supplemental Brief.  The total number of pages to be sealed is five (5) pages.

8    TEO requests that the documents be sealed indefinitely, unless the parties to this

9 Action agree otherwise or as ordered by the Court.  The only persons permitted access

10 to the sealed documents, other than the Court and its personnel, will be those who have

11 been granted access by AmeriPride and have completed the "Acknowledgment And

12 Agreement To Be Bound," attached as Exhibit A to the Stipulation and Protective Order,

13 Dkt. 1139.

14    The basis for sealing these documents is the confidential nature of the materials

15 contained therein, as set forth in the Stipulation and Protective Order, Dkt. 1139.

16    The Request and Proposed Order to Seal Documents, the accompanying Notice,

17 and all documents covered by the request are being served on all parties on the same

18 day as this notice.

19

20 Date:   January 30, 2017          BASSI, EDLIN, HUIE & BLUM LLP

21

22                                By:  */s/ Vivy D. Dang*

23                                   _____

24                                   FRED M. BLUM
                                     ERIN K. POPPLER
25                                   VIVY D. DANG
                                     Attorneys for Defendant
26                                   TEXAS EASTERN OVERSEAS, INC.

27    _____

28 [1] "Dkt." refers to the Court's ECF Docket number for this action.
   1928134

                                      2
DEFENDANT TEXAS EASTERN OVERSEAS, INC.'S REQUEST AND ORDER TO SEAL DOCUMENTS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Defendant Texas Eastern Overseas, Inc.'s Request to Seal is GRANTED.   The following document is approved for filing under seal: Defendant Texas Eastern Overseas, Inc.'s Response to Plaintiff AmeriPride Services Inc.'s ("AmeriPride") Supplemental Brief.

IT IS SO ORDERED.

Dated:  February 7, 2017

_____

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1928134

3

DEFENDANT TEXAS EASTERN OVERSEAS, INC.'S REQUEST AND ORDER TO SEAL DOCUMENTS