PHILIP C. HUNSUCKER (SBN 135860)
BRIAN L. ZAGON (SBN 142403)
MARC A. SHAPP (SBN 266805)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone:   (925) 284-0840
Facsimile:   (925) 284-0870

LEE N. SMITH (SBN 138071)
PERKINS, MANN & EVERETT, APC
7815 N. Palm Ave, Suite 200
Fresno, CA 93711
Telephone:   (559) 447-5700
Facsimile:   (559) 447-5600

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone:   (415) 397-9006
Facsimile:   (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION AND ORDER RE SUBMISSION OF EVIDENCE OF AMERIPRIDE'S ADDITIONAL RESPONSE COSTS**<br><br>Trial Date: October 17, 2016<br>Complaint Filed: January 20, 2000 |

Defendant TEXAS EASTERN OVERSEAS, INC. ("TEO") and Plaintiff AMERIPRIDE SERVICES INC. ("AmeriPride"), by and through their respective counsel, stipulate as follows:

**STIPULATION**

1. On October 19, 2016, the Court concluded a three-day bench trial in this matter.

2. On October 19, 2016, the Court also entered a Stipulation and Order re AmeriPride's Additional Response Costs ("October 19, 2016 Order"), ECF No. 1105, to allow AmeriPride to present TEO with proof of additional investigation, remediation and regulatory oversight costs which AmeriPride incurred after the latest time when AmeriPride was able to receive an invoice for such costs and obtain proof that the invoice had been paid in time for entry of such proof as evidence at the trial.

3. The October 19, 2016 Order provides that any additional response costs for which TEO accepts AmeriPride's proof shall be included in the Court's calculation of the response costs directly incurred by AmeriPride and recoverable under Section 107(a)(4)(B) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a)(4)(B).  ECF No. 1105 at 3-4, ¶¶ 1-2.

4. TEO accepts AmeriPride's proof that it has directly incurred $131,175.44 in additional investigation, remediation and regulatory oversight costs through January 2017. These costs are identified on Exhibit 1 to this stipulation.

5. For the purposes of this action only, the costs described in Paragraph 4 are recoverable under CERCLA Section 107(a)(4)(B), 42 U.S.C. § 9607(a)(4)(B).

6. There are investigation, cleanup and oversight costs for which AmeriPride seeks recovery that are not included in this stipulation. AmeriPride reserves all of its rights in connection with such costs. TEO reserves all of its rights to object to such costs.

///
///
///

| | | |
|---|---|---|
| 1 | Date:   March 2, 2017 | BASSI, EDLIN, HUIE & BLUM LLP |

Date:   March 2, 2017               BASSI, EDLIN, HUIE & BLUM LLP

By:   /s/ Fred M. Blum
    FRED M. BLUM
    ERIN K. POPPLER
    VIVY D. DANG
    Attorneys for Defendant
    TEXAS EASTERN OVERSEAS, INC.

Date:   March 2, 2017               HUNSUCKER GOODSTEIN PC

By:   /s/ Brian L. Zagon
    PHILIP C. HUNSUCKER
    BRIAN L. ZAGON
    MARC A. SHAPP
    Attorneys for Plaintiff
    AMERIPRIDE SERVICES INC.

Date:   March 2, 2017               PERKINS MANN & EVERETT, APC

By:   /s/ Lee N. Smith
    LEE N. SMITH
    Attorneys for Plaintiffs
    AMERIPRIDE SERVICES INC.

STIPULATION AND ORDER RE SUBMISSION OF EVIDENCE OF AMERIPRIDE'S ADDITIONAL RESPONSE COSTS
Case No. 2:00-cv-00113-MCE-DB

**ORDER**

Pursuant to the parties' stipulation above, the Court recognizes that TEO accepts AmeriPride's proof that it has directly incurred $131,175.44 in additional investigation, remediation and regulatory oversight costs through January 2017.  Pursuant to this Court's October 19, 2016 Order, such costs shall be included in the Court's calculation of the response costs directly incurred by AmeriPride and recoverable under Section 107(a)(4)(B) of the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. § 9607(a)(4)(B).  ECF No. 1105.

IT IS SO ORDERED.

Dated:  March 10, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE