BRIAN L. ZAGON (SBN 142403)
HUNSUCKER GOODSTEIN PC
3717 Mt. Diablo Blvd., Suite 200
Lafayette, CA 94549
Telephone: (925) 284-0840
Facsimile: (925) 284-0870

LEE N. SMITH (SBN: 138071)
COLEMAN & HOROWITT
499 W Shaw Ave., Ste. 116
Fresno, CA 93704-2516
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

FRED M. BLUM (SBN 101586)
ERIN K. POPPLER (SBN 267724)
VIVY D. DANG (SBN 297714)
BASSI, EDLIN, HUIE & BLUM LLP
500 Washington Street, Suite 700
San Francisco, CA 94111
Telephone: (415) 397-9006
Facsimile: (415) 397-1339

Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY INDUSTRIAL SERVICES, INC., a former California Corporation, et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTION AND CROSS AND COUNTER-CLAIMS. | Case No. 2:00-cv-00113-MCE-DB<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND ORDER OF DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)].<br><br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff AmeriPride Services Inc. and Defendant Texas Eastern Overseas, Inc. stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: December 28, 2017   BASSI, EDLIN, HUIE & BLUM LLP

By: /s/ Fred M. Blum
FRED M. BLUM
ERIN K. POPPLER
Attorneys for Defendant
TEXAS EASTERN OVERSEAS, INC.

Dated: December 28, 2017   HUNSUCKER GOODSTEIN PC

By: /s/ Brian L. Zagon
BRIAN L. ZAGON
Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

Dated: December 28, 2017   COLEMAN & HOROWITT

By: /s/ Lee N. Smith
LEE N. SMITH
Attorneys for Plaintiff
AMERIPRIDE SERVICES INC.

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk of the Court is directed to close the file.

IT IS SO ORDERED.

Dated: January 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE